EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 7 2005

at ___ o'clock and 45 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05 00104 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §846] |
| MANUEL OMAR LUERA, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a time unknown up through and including on or about December 22, 2004, in the District of Hawaii and elsewhere, Defendant MANUEL OMAR LUERA, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 500 grams or



SEALED
BY ORDER OF THE COURT

more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, to wit, approximately twenty pounds, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

### OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1.  In or around January or February, 2004, Defendant and one of his co-conspirators travelled to San Diego, California, from Hawaii, to meet with a source of supply.

2.  During the period between approximately June, 2004, through December, 2004, Defendant caused parcels containing methamphetamine to be shipped via federal express to Honolulu, Hawaii.

3.  During the period between approximately June, 2004 through December, 2004, Defendant travelled from Maui to Honolulu, in order to obtain payment for the methamphetamine sent from the mainland to Honolulu.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

COUNT 2

The Grand Jury further charges that:

On or about December 20, 2004, in the District of Hawaii, Defendant MANUEL OMAR LUERA did knowingly and intentionally attempt to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 1746 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

DATED: March 17, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Manuel Omar Luera,
"Indictment"
Cr. No. _____

3