ORIGINAL

RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH2
Honolulu, Hawai'i 96813
Telephone: 521-9840

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANUEL OMAR LUERA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR. NO. 05-00104DAE-01 <br><br> DEFENDANT MANUEL OMAR LUERA'S <br> SENTENCING STATEMENT; <br> CERTIFICATE OF SERVICE <br><br> Sentencing Date: <br> April 17, 2006 <br><br> Judge: David Alan Ezra |

## DEFENDANT MANUEL OMAR LUERA'S SENTENCING STATEMENT

Defendant MANUEL OMAR LUERA, by and through counsel, Randy Oyama, Esq., hereby submits his Sentencing Statement pursuant to the Order of this Court regarding Sentencing Guidelines, the Notice of Attorneys dated November 4, 1999 and Rule 32 of the Federal Rules of Criminal Procedure.

I.      FACTUAL INFORMATION.

Defendant Manuel Omar Luera, and his undersigned counsel have adequately reviewed the factual information contained in the Presentence Investigation Report prepared on November 28, 2005, and have no objections.

II.    SENTENCING CLASSIFICATION/GUIDELINE/RESTITUTION RANGES

Defendant Manuel Omar Luera, does not object to the sentencing classification/guideline ranges set forth in the aforementioned Proposed Presentence Report and reserves the right to request a downward departure.

DATED: Honolulu, Hawai'i, March 24, 2006.

_____
RANDY OYAMA
Attorney for Defendant
MANUEL OMAR LUERA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Manuel Omar Luera's Sentencing Statement will be served upon the following party (ies) upon the filing hereof by:

[X]   Hand-Delivery,   or   [ ] U.S. mail:

Beverly Wee Sameshima, Esq.
ASSISTANT U.S. ATTORNEY
RM. 6-100, Box 50183
Honolulu, Hawaii 96850

Malia Eversole
United States Probation Officer
300 Ala Moana Blvd., Room C-110
P. O. Box 50111
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii, March 24, 2006.

_____
RANDY OYAMA
Attorney for Defendant
MANUEL OMAR LUERA