# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00104DAE

CASE NAME:        USA v. Manuel Omar Luera

ATTYS FOR PLA:    Beverly Sameshima

ATTYS FOR DEFT:   Randall Oyama

USPO:             Malia Eversole

| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
|---|---|---|---|
| DATE: | 4/17/2006 | TIME: | 2:15pm-2:30pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Manuel Omar Luera.

Defendant Manuel Omar Luera present in custody.

Defendant's oral request for withdrawal and substitution of Michael Green as new counsel-GRANTED.

Mr. Oyama to prepare papers.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager