RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH2
Honolulu, Hawaii 96813
Telephone: (808) 521-9840

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MANUEL OMAR LUERA<br><br>        Defendant. | CR. NO.  05-00104 DAE<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Comes now RANDY OYAMA, counsel for Defendant Manual Omar Luera, and hereby withdraws as counsel for Defendant, and MICHAEL GREEN, hereby substitutes as counsel for Defendant herein.

DATED: Honolulu, Hawai'i, April 18, 2006

_____
RANDY OYAMA
Substituting Counsel

_____
MICHAEL GREEN
Withdrawing Counsel

Approved and so Ordered:

_____
JUDGE OF THE ABOVE-ENTITLED COURT