AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00104DAE |
| MANUEL OMAR LUERA | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MANUEL OMAR LUERA and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 1:    Conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance

Count 2:    Knowingly and intentionally attempt to distribute methamphetamine, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), 841(b)(1)(A)

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | March 17, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Kevin S. C. Chang, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  6-5-05 | James Yuen  G/S | *[signature]* |