NAME
Manuel Omar Luera

PRISON IDENTIFICATION/BOOKING NO.
91889022

ADDRESS OR PLACE OF CONFINEMENT
P.O. Box 3007, Terminal Island, CA 90731

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2007

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Manuel Omar Luera<br>FULL NAME OF MOVANT<br>(Include name under which you were convicted)<br><br>Petitioner. | CASE NUMBER:<br><br>CV _____<br>To be supplied by the Clerk of the United States District Court<br><br>CR 05-00104 DAE<br>Criminal case under which sentence was imposed.<br><br>**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**<br>**28 U.S.C § 2255** |

### INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different districts, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 312 North Spring Street, Los Angeles, California 90012.

**MOTION**

1. Name and location of court which entered judgment of conviction under attack: <u>Dist. of Hawaii</u>

2. Date of judgment of conviction: <u>4-28-06</u>
3. Length of sentence: <u>239 months</u>        Sentencing judge: <u>IZRA</u>
4. Nature of offense or offenses for which you were convicted: <u>conspriacy to distribute and possess with intent to distribute methanphetamine a schedule II controlled substance.</u>

5. What was your plea? *(check one)*
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: *(check one)*
   ☐ Jury
   ☐ Judge only

7. Did you testify at the trial?
   ☐ Yes    ☐ No

8. Did you appeal from the judgment of conviction?
   ☐ Yes    ☒ No

(5) Result _____
_____

(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application or motion?

(1) First petition, etc.   ☐ Yes ☐ No

(2) Second petition, etc. ☐ Yes ☐ No

(3) Third petition, etc.  ☐ Yes ☐ No

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you selected one or more of these grounds for relief, you must allege facts in support of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

☒ (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

☒ (i) Denial of effective assistance of counsel.

☒ (j) Denial of right of appeal.

9. If you did appeal, answer the following: No appeal was taken.

   (a) Name of court _____

   (b) Result _____
   _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    ☐ Yes   ☒ No

11. If your answer to question number 10 was "yes", give the following information:
    (a) (1) Name of Court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            ☐ Yes   ☐ No

        (5) Result _____
        _____

        (6) Date of result _____

    (b) (1) Name of Court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            ☐ Yes   ☐ No

        (5) Result _____
        _____

        (6) Date of result _____

    (c) (1) Name of Court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            ☐ Yes   ☐ No

A. Ground one: **Ineffective Assistance of Counsel**

Supporting facts (tell your story briefly without citing cases or law): **My attroney failed to provide effective assistance through out some of the proceedings in my case. I've requested my file from my attorney, but he has not provided me with the file or a copy of it.**

B. Ground two: **Did not file an appeal**

Supporting facts (tell your story briefly without citing cases or law): **I requested my attorney to file a notice of appeal for me, but he failed to file it for me with out ever letting me know why he did not file it.**

C. Ground three: **My attorney did not object to the two point enhancement at sentening for the obstruction of justice enhancement.**

Supporting facts (tell your story briefly without citing cases or law): **I told my attorney to object to this enhancement, and that if he investigated this issue he would be able to show that this enhancement could not be applied.**

D. Ground four: **Plea was entered without understanding the consequences of the plea.**

Supporting facts (tell your story briefly without citing cases or law): **My attorney never explained to me what rights I was giving up by pleading guilty. The only thing that he told me was to say that I understood what I was doing when asked by the judge.**

13. If any of the grounds listed in 12 A, B, C and D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

☐ Yes    ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attached herein:
    (a) At a preliminary hearing: Randy Oyama 888 Mililant St. PH2, Honolulu, Hawaii 96813

    (b) At arraignment and plea: Randy Oyama

    (c) At trial: _____

    (d) At sentencing: Mike Green

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

    ☐ Yes    ☒ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    ☐ Yes    ☐ No

    (a) If so, give the name and location of the court which imposed sentence to be served in the future: _____

    (b) Give the date and length of sentence to be served in the future: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?

    ☐ Yes    ☐ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2007
        Date

_____
Signature of Movant