EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
|---|---|---|
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff, | ) | |
| | ) | MOTION FOR ORDER FINDING |
| vs. | ) | WAIVER OF ATTORNEY-CLIENT |
| | ) | PRIVILEGE WITH RESPECT TO |
| MANUEL OMAR LUERA, | ) | DEFENDANT'S MOTION UNDER |
| | ) | 28 U.S.C. § 2255 TO VACATE, |
| Defendant. | ) | SET ASIDE, OR CORRECT |
| | ) | SENTENCE BY A PERSON IN |
| | ) | FEDERAL CUSTODY; MEMORANDUM |
| | ) | OF LAW; DECLARATION OF |
| | ) | COUNSEL; PROPOSED ORDER; |
| | ) | CERTIFICATE OF SERVICE |

MOTION FOR ORDER FINDING WAIVER OF
ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S
MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The United States of America, by its undersigned counsel, hereby moves this Court to issue the appended proposed Order Finding Waiver of Attorney-Client Privilege with Respect to

Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

This motion is based upon the appended Memorandum of Law and Declaration of Counsel, and the record and files of this action, and the underlying criminal proceeding.

DATED:  May 14, 2007, at Honolulu, Hawaii.

                                                             Respectfully submitted,

                                                             EDWARD H. KUBO, JR.
                                                             United States Attorney
                                                             District of Hawaii


                                                             By   /s/ Beverly Wee Sameshima
                                                               BEVERLY WEE SAMESHIMA
                                                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

   Randall Oyama, Esq.      randyoyama@gmail.com

Served by First Class Mail:

     Manuel Omar Luera
     Immate No. 91889-022
     P.O. Box 3007
     Terminal Island, CA   90731

     PRO SE

     Michael Green, Esq.
     345 Queen Street, 2nd Floor
     Honolulu, HI   96813

     DATED: May 15, 2007, at Honolulu, Hawaii.

                                        /s/ Dawn M. Aihara