```
                  IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )  CV. NO. 07-00234 DAE-KSC
                               )  CR. NO. 05-00104 DAE
             Plaintiff,        )
                               )  PROPOSED ORDER FINDING WAIVER OF
     vs.                       )  ATTORNEY-CLIENT PRIVILEGE
                               )  WITH RESPECT TO DEFENDANT'S
MANUEL OMAR LUERA,             )  MOTION UNDER 28 U.S.C.
                               )  § 2255 TO VACATE, SET ASIDE,
             Defendant.        )  OR CORRECT SENTENCE BY A
_____)  PERSON IN FEDERAL CUSTODY
```

PROPOSED ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Defendant Manuel Omar Luera filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on May 7, 2007. Defendant was represented by Michael Green and Randall Oyama, in connection with his guilty plea and sentencing. Defendant claims that counsel rendered ineffective assistance of counsel in that counsel failed to: (1) file an appeal despite his request that one be filed; (2) failed to object to the two level enhancement for obstruction; and (3) failed to ensure his plea was voluntary by explaining the charges and the consequences of the plea.

The United States has moved this Court to issue an Order which finds that as a matter of law, defendant has waived attorney-client privilege. The Court agrees. By filing the motion claiming ineffective assistance of counsel, defendant has

waived his attorney-client privilege with Mr. Green and Mr. Oyama as to all matters raised in his § 2255 motion.

Good cause appearing therefor, it is hereby ORDERED that Manuel Omar Luera has waived the attorney-client privilege as to communications with Michael Green and Randall Oyama.

DATED:  May _____, 2007, at Honolulu, Hawaii.

_____
DAVID A. EZRA
United States District Judge

UNITED STATES v. MANUEL OMAR LUERA
Cv. No. 07-00234 DAE-KSC
Cr. No. 05-00104 DAE
"Proposed Order Finding Waiver of Attorney-Client Privilege With Respect to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"