IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATE OF AMERICA,
       Plaintiff,

Vs.                           Cv.No. 07-00234 DAE-KSC
                              Cr.No. 05-00104 DAE

MANUEL OMAR LUERA,
       Petitioner.

**MOTION REQUESTING A COPY OF THE CHANGE OF PLEA HEARING, SENTENCING HEARING TRANSCRIPTS AND PRESENTENCING REPORT.**

---

    Comes now Manuel Omar Luera <u>Pro Se</u> as his own attorney on behalf of himself and will respectfully ask this honorable court for a copy of his change of plea hearing, sentencing hearing transcripts and his presentencing report.

    Petitioner has filed with this court a motion under 28 USC § 2255, however, petitioner did not have any documents pertaining to his case. Therefore, petitioner had to file this motion to the best of his knowledge,[which petitioner believes to be true and correct.]

    In order to properly support some of the claims that petitioner has raised in his 28 USC § 2255 motion, petitioner needs these documents.

    Therefore, Manuel Omar Luera prays that this motion be granted and that he be provided with these documents.

Respectfully Submitted

*(signature)*

Manuel Omar Luera
Reg#91889-022
FCI T.I.
P.O. Box 3007
Terminal Island, Ca 90731

## CERTIFICATE OF SERVICE

I Manuel Omar Luera, herby certify that a true and correct copy of this motion requesting a copy of the change of plea hearing, sentencing hearing transcripts and presentencing report, has been mail postage prepaid on this 17, day of May, 2007, to the following:

United States Attorney
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

*(signature)*

Manuel Omar Luera