


Manuel Omar Luera
Reg#91889-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island, Ca 90731

United States District Court
District of Hawaii
300 Ala moana Blvd.C-338
Honolulu, Hawaii 96850-0338