EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV. NO. 07-00234 DAE-KSC |
| ) | CR. NO. 05-00104 DAE |
| Plaintiff, ) | |
| ) | ORDER FINDING WAIVER OF |
| vs. ) | ATTORNEY-CLIENT PRIVILEGE |
| ) | WITH RESPECT TO DEFENDANT'S |
| MANUEL OMAR LUERA, ) | MOTION UNDER 28 U.S.C. |
| ) | § 2255 TO VACATE, SET ASIDE, |
| Defendant. ) | OR CORRECT SENTENCE BY A |
| ) | PERSON IN FEDERAL CUSTODY |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Defendant Manuel Omar Luera filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on May 7, 2007.  Defendant was represented by Michael Green and Randall Oyama, in connection with his guilty plea and sentencing.  Defendant claims that counsel rendered ineffective assistance of counsel in that

counsel failed to:  (1) file an appeal despite his request that one be filed; (2) failed to object to the two level enhancement for obstruction; and (3) failed to ensure his plea was voluntary by explaining the charges and the consequences of the plea.

The United States has moved this Court to issue an Order which finds that as a matter of law, defendant has waived attorney-client privilege.  The Court agrees.  By filing the motion claiming ineffective assistance of counsel, defendant has waived his attorney-client privilege with Mr. Green and Mr. Oyama as to all matters raised in his § 2255 motion.

Good cause appearing therefor, it is hereby ORDERED that Omar Manuel Luera has waived the attorney-client privilege as to communications with Michael Green and Randall Oyama.

DATED:  May 22, 2007, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. MANUEL OMAR LUERA
Cv. No. 07-00234 DAE-KSC
Cr. No. 05-00104 DAE
"Order Finding Waiver of Attorney-Client Privilege With Respect to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"