EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
|---|---|---|
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MANUEL OMAR LUERA, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order to Finding Waiver of Attorney-Client Privilege with Respect to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody was signed and filed on May 22, 2007 and was served on the following counsel on May 22, 2007:

Served Electronically through CM/ECF:

Randall Oyama, Esq.         randyoyama@gmail.com

Served by First Class mail:

    Manuel Omar Luera
    Immate No. 91889-022
    P.O. Box 3007
    Terminal Island, CA   90731

    PRO SE

    Michael Green, Esq.
    345 Queen Street, 2nd Floor
    Honolulu, HI   96813

        DATED:  May 22, 2007, at Honolulu, Hawaii.


                                                _/s/ Dawn M. Aihara_____