

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2007

at 11 o'clock and 55 min. P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

Cv No. 07-00234 DAE-KSC
Cr No. 05-00104 DAE

MANUEL OMAR LUERA,
Defendant.

MOTION FOR ORDER DIRECTING DISCHARGED COUNSEL TO RETURN DEFENDANT'S FILE.

---

Comes now Manuel Omar Luera, defendant/petitioner, and deposes and states as follows:

1.) He is the defendant/petitioner in the above entitled case.

2.) Defendant/petitioner did not appeal his conviction and sentence.

3.) Defendant/petitioner has filed a motion with this court pursuant to 28 USC § 2255.

4.) Documents and evidence in his file in the possession of Attorney Michael Green are material to defendant's/petitoner's preparation of his 28 USC §2255 motion and supporting argument thereto.

5.) Absent the evidence and documents set forth in ¶4, defendant/petitioner will not be able to support his claims that he has raised in his 28 USC § 2255 motion.

6.) Manuel Omar Luera, defenant/petitioner has asked Attorney Michael Green on numerous occasions to release his file to him. In each case Attorney Michael Green has either refused or ignored the request.

7.) Under state law and Professional Rules, it is well settled that Manuel Omar Luera, defendant/petitioner is entitled to possession of the file. **Hebisen Vs. State**, 615 S.W. 2d 866 (Tex. 1981); **Academy of Cal. Optometrists, Inc. Vs. Superior Court for City of Sacramento**, 51 Cal. App. 3d 999, 124 Cal. Reptr. 668 (1975).

8.) This court has supervisory power over the members of the bar practicing before it and is mandated to ascertain that they comply with the state law and Professional Rules.

9.) Under the First and Fifth Amendments to the United States Constitution, Manuel Omar Luera defendant/petitioner is entitled to possession of the file. This is because the Attorney Michael Green's complained of acts and omissions are denying Manuel Omar Luera's defendant's/petitioner's "access to the court" for the 28 USC § 2255 motion, **Simmons Vs. Dickaut**, 804 f.2d, 184 (1st Cir. 1986)(records from case necessary for constitutional right of "access to the court"); **Wright Vs. Newsome**, 795 f.2d 964, 968 (11th Cir 1986)(same); **Academy of Cal. Optometrists, Inc. Vs. Superior Court for City of Sacramento**, 51 Cal. App. 3d 999, 124 Cal. Reptr. 668 (1975)(same).

10.) This Court has anomalous or equitable over said attorney as an "officer of the court", under the reasoning of **United States Vs. Hubberd**, 650 F.2d 293, 303 n. 27 (D.C.

Cir. 1980) and **United States Vs. Jones**, 852 F.2d 1235, 1237 (9th Cir. 1988), sufficient to **ORDER** the attorney to return Manuel Omar Luera's defendant's/petitioner's file to him.

11.) This court has an obligation under the reasoning of **Johnson Vs. Avery**, 393 U.S. 483, 485 (1969) and progeny to ascertain that Manuel Omar Luera defendant/petitioner has access to court for the 28 USC § 2255 proceedings.

**RELIEF REQUESTED**

12.) Manuel Omar Luera defendant/petitioner asks this court to issue an **ORDER** directing Attorney Michael Green, 345 Queen Street 2nd Floor, Honolulu, Hawaii 96813, to return Manuel Omar Luera's defenant's/petitioner's complete file to him at the address infra below his name at the end of this motion. He asks that the file be sent in envelopes of no more than two pounds each marked **"SPECIAL MAIL"** and **"LEGAL MAIL" "OPEN IN THE PRESENCE OF INMATE"** so they will not be rejected by prison authorities.

13.) Manuel Omar Luera has this 22 day of May,2007, served Attorney Michael Green, 345 Queen Street 2nd Floor, Honolulu, Hawaii 96813, with a true copy of this pleading by first class U.S. Mail.

**VERIFICATION**

14.) Manuel Omar Luera defendant/petitioner has read the foregoing and states that the facts are set forth upon personal knowledge are true and correct.

Signed under penalty of perjury under 28 U.S.C. §1746, this 22 day of May,2007.

By________________

**Manuel Omar Luera**
**Reg#91889-022**
**P.O. Box 3007**
**Terminal Island, Ca 90731**

Manuel Omar Luera
Reg#91889-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island, Ca 90731







United States District Court
District of Hawaii
300 Ala Moana Blvd. C338
Honolulu, Hawaii 96850-0338

96850$0338 C017