IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>                Plaintiff/Respondent,    )<br>                                                           )<br>         vs.                                               )<br>                                                           )<br>MANUEL OMAR LUERA,                 )<br>                                                           )<br>                Defendant/Petitioner.     )<br>_____) | CV. NO. 07-00234 DAE-KSC<br>CR. NO. 05-00104 DAE |

ORDER GRANTING DEFENDANT'S MOTION
REQUESTING THE DISTRICT COURT TO STAY
CONSIDERATION OF THE PETITION FILED UNDER 28 U.S.C. § 2255

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. A hearing on the Petition is scheduled for July 2, 2007, at 9:45 a.m. Defendant asserts that he needs additional time to prepare because he has not received all files and records that he deems necessary to review. After reviewing Defendant's Motion Requesting the District Court to Stay Consideration of the Petition Filed Under 28 U.S.C. § 2255, the court GRANTS Defendant's Motion and vacates the hearing date. A hearing of this matter is reset for September 7, 2007, at 9:00 a.m. This new date does not change the deadline for the Government's response to Defendant's 2255 Petition. Defendant's reply, if any, is due on or before August 27, 2007.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 7, 2007.



_____
David Alan Ezra
United States District Judge