MICHAEL JAY GREEN    4451
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808)521-3336

Attorney for Defendant
MANUEL OMAR LUERA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 2 2005

at __3__ o'clock and __25__ min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANUEL OMAR LUERA, )<br>)<br>Defendant. )<br>_____ ) | CR. NO. 05-00104 DAE<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER; CERTIFICATE OF SERVICE |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, attorney MICHAEL JAY GREEN, attorney for Defendant MANUEL OMAR LUERA, in the above-captioned matter, and hereby withdraws as attorney of record and substitutes in his stead, attorney RANDALL OYAMA, as privately retained counsel for Defendant.

**EXHIBIT B**

DATED: Honolulu, Hawaii, 7/14, 2005.

_____
MICHAEL JAY GREEN
Withdrawing Attorney

_____
RANDALL OYAMA
Substituting Attorney for
MANUEL OMAR LUERA

_____
MANUEL OMAR LUERA

APPROVED AND SO ORDERED:

_____
KEVIN S.C. CHANG
JUDGE OF THE ABOVE-ENTITLED COURT

CR. NO. 05-00104 DAE; UNITED STATES OF AMERICA vs. MANUEL OMAR LUERA, WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER; CERTIFICATE OF SERVICE IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00104 DAE |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MANUEL OMAR LUERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing documents will be duly served by HAND DELIVERY to the parties identified below at their last known address on the date herein indicated:

> BEVERLY SAMESHIMA
> Assistant United States Attorney
> Prince Kuhio Federal Building
> 300 Ala Moana Boulevard, Room 6-100
> Honolulu, Hawaii 96850
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, _____, 2005.

MICHAEL JAY GREEN
Attorney for Defendant

-3-