

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2007

at __11__ o'clock and __05__ min. __A__M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

MANUEL OMAR LUERA,
        Defendant,

Cv. No. 07-00234 DAE-KSC
Cr. No. 05-00104 DAE

## MOTION FOR APPOINTMENT OF COUNSEL

    Comes now, Manuel Omar Luera, Pro Se on behalf of himself and respectfully asks this Honorable Court for the appointment of counsel, to represent him at the hearing that this Honorable Court has set on defendant's/petitioner's motion filed under 28 USC § 2255.

    Defendant/Petitioner makes this request for the reason that he is not farmiliar with these types of proceedings, he can not contact or interview witnesses that can support his claims raised in his motion, and he is limited as to his resources in obtaining evidence to support his claims, due to him being incarcerated. Therfore, by appointing counsel it will not just benefit defendant/petitioner, but would also benefit the court for the reason that counsel will be able to interview witnesses, obtain evidence in a more timely fashion, than defendant/petitioner could ever do in order to be ready for the hearing that this Honorable Court has set.

    Therfore, Manuel Omar Luera prays that this Honorable Court grants this motion for appointment of counsel.

Respectfully Submitted

_____
Manuel Omar Luera
Reg#91889-022
FCI Terminal Island
P.O. Box 3007
Terminal Island, Ca 90731

Certificate of Service

I Manuel Omar Luera, hereby certify that a true and correct copy of this Motion for Appointment of Counsel has been mailed postage prepaid on this 18 day of June, 2007, to the following:

Beverly Wee Sameshima
Assistant U.S. Attorney
Rm. 6-100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

_____
Manuel Omar Luera