Manuel Omar Luera 91184022
Federal Correctional Institution
P.O. Box 3007
Terminal Island
CA 90731

United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850-0338
CLERK