# MINUTES

CASE NUMBER: CR05-00104DAE

CASE NAME: USA v. Manuel Omar Luera

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER:

DATE: 7/5/2007                    TIME:

COURT ACTION: EO: Petitioner's Motion for Appointment of Counsel set 7/10/07 before Judge Chang is hereby vacated. This motion will be decided without a hearing pursuant to the local rules of practice for the United States District Court for the District of Hawaii.

Submitted by: Shari Afuso, Courtroom Manager