IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MANUEL OMAR LUERA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION FOR ORDER DIRECTING
DISCHARGED COUNSEL TO RETURN DEFENDANT'S FILE AND
DENYING DEFENDANT'S MOTION REQUESTING A COPY OF THE
CHANGE OF PLEA HEARING, SENTENCING HEARING TRANSCRIPTS,
AND PRESENTENCING REPORT AS MOOT

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's motions and the supporting and opposing memoranda, the Court GRANTS Defendant's Motion for Order Directing Discharged Counsel to Return Defendant's File and DENIES Defendant's Motion Requesting a Copy of the Change of Plea Hearing, Sentencing Hearing Transcripts and Presentencing Report as moot.

On January 3, 2005, Defendant was charged by Criminal Complaint with distribution of more than 500 grams of methamphetamine. On January 5, 2005, Attorney Michael Green represented Defendant regarding the Government's

Motion to Detain.  On January 7, 2005, Defendant was released on bail and was subject to specified conditions of release.  On March 17, 2005, a two-count indictment was placed on Defendant for conspiracy to distribute and possess with intent to distribute methamphetamine, whereupon an arrest warrant was issued.

On May 5, 2005, Defendant was arrested.  On July 22, 2005, Green withdrew as counsel, and Attorney Randall Oyama stepped in as retained counsel.  On September 7, 2005, Defendant pled guilty to the Indictment pursuant to a written plea agreement.  On September 27, 2005, this Court accepted the guilty plea.  On April 24, 2006, Oyama withdrew as counsel, and Green returned as counsel.  Defendant appeared for sentencing on April 28, 2006.

On May 7, 2007, Defendant filed a 28 U.S.C.§ 2255 Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion").  The § 2255 Motion was filed on the grounds that Defendant (1) received ineffective assistance of counsel, (2) requested a notice of appeal to be filed but his attorney ignored his request, (3) requested an objection to the two-point enhancement on his sentencing for obstruction of justice, but his attorney ignored his request, and (4) he entered a plea without understanding the consequences of the plea.  To effectively review the details of his case, on May 21, 2007, Defendant filed a Motion Requesting a Copy of the Change of Plea Hearing,

2

Sentencing Hearing Transcripts, and Presentencing Report, and additionally, on May 24, 2007, filed a Motion for Order Directing Discharged Counsel to Return Defendant's File.

On June 11, 2007, the Government filed a Memorandum in Opposition to Defendant's § 2255 Motion. An evidentiary hearing is scheduled to take place September 7, 2007, to make a factual finding as to whether Defendant asked Green to file an appeal. Attached to the Government's Memorandum in Opposition to Defendant's § 2255 Motion is a transcript of the change of plea hearing, a transcript of the sentencing hearing, and the presentencing report. Defendant was served with all of these documents in his copy of the Government's opposition to his § 2255 Motion. Consequently, Defendant's motion requesting copies of the change of plea hearing, sentencing hearing transcripts, and presentencing report is moot.

Defendant's request for his file from his former attorneys is granted. Green states that Defendant is entitled to his files, however, he was unaware of Defendant's alleged earlier request, and he intends to provide Defendant with his file. Oyama does not address this issue in his declaration. Green and Oyama are HEREBY DIRECTED to provide Defendant with a copy of his file on or before August 6, 2007.

CONCLUSION

For the reasons stated above, the Court GRANTS Defendant's Motion for Order Directing Discharged Counsel to Return Defendant's File and DENIES Defendant's Motion Requesting a Copy of the Change of Plea Hearing, Sentencing Hearing Transcripts and Presentencing Report as moot.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 26, 2007.



_____
David Alan Ezra
United States District Judge


United States of America v. Manuel Omar Luera, CV No. 07-00234 DAE-KSC, CR. No. 05-00104 DAE; ORDER GRANTING DEFENDANT'S MOTION FOR ORDER DIRECTING DISCHARGED COUNSEL TO RETURN DEFENDANT'S FILE AND DENYING DEFENDANT'S MOTION REQUESTING A COPY OF THE CHANGE OF PLEA HEARING, SENTENCING HEARING TRANSCRIPTS AND PRESENTENCING REPORT AS MOOT