IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,
             Plaintiff

vs.                                    Civil No.07-00234 DAE/KSC
                                       Criminal No. 05-00104 DAE

MANUEL OMAR LUERA,
             Defenant.

**MOTION FOR LEAVE TO AMEND UNDER THE FEDERAL RULES
OF CIVIL PROCEDURE RULE 15(a),15(c)(2).**

---

Comes now Manuel Omar Luera, Pro Se as his own attorney on behalf of himself sui juris and respectfully asks this court for leave to amend his petition filed under 28 USC § 2255, with an additional issue that is in relation to his original claim of being denied effective assistance through his sentencing proceedings.

Manuel Omar Luera's/Defendant's attorney failed to provide effective assistance when he failed to object to Manuel Omar Luera's/Defendant's criminal history score in the presentencing report, then again at the sentencing hearing. Due to this Manuel Omar Luera's/Defendant's criminal history resulted in the wrong criminal history category. The correct criminal history category that Manuel Omar Luera/Defendant should have received is category (I), and not Category (II).

1.

2.

Respectfully Submitted

_____
Manuel Omar Luera
Reg#91889-022
FCI Terminal Island
P.O. Box 3007
Terminal Island, Ca 90731

## CERTIFICATE OF SERVICE

I Manuel Omar Leura, hereby certify that a ture and correct copy of this Motion For Leave To Amend Under The Federal Rules Of Civil Procedure Rule 15(a),15(c)(2), has been mailed postage prepaid on this 8 day of August,2007, to the following:

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

_____
Manuel Omar Luera

2.