Manuel Omar Luera
Reg#91889-022
FCI Terminal Island
P.O. Box 3007
Terminal Island, Ca 90731

Clerk of the Court
United States District Court
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK US DISTRICT COURT
AUG 10 2007
12:30 pm
DISTRICT OF HAWAII

CV07-234 DAE-KSC

