IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MANUEL OMAR LUERA, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO AMEND

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.

On May 29, 2007, only a few weeks after filing his § 2255 Motion, Defendant filed a motion to stay proceedings because he had not received his file or other documents from his former attorney and he wanted time to review documents and later possibly amend his § 2255 Motion. On June 7, 2007, this Court granted Defendant's motion, and reset the hearing date to September 7, 2007.

On August 10, 2007, Defendant filed a Motion for Leave to Amend Under the Federal Rules of Civil Procedure Rule 15(a), 15(c)(2), to add an additional issue to his 28 U.S.C. § 2255 Motion.  Defendant seeks to add a claim that his counsel was ineffective for failing to object to his criminal history category either in the presentencing report or at the sentencing.  The Government does not oppose this motion.

As Defendant previously notified this Court and the Government of his intent to amend his § 2255 Motion after reviewing the documents, this Court GRANTS Defendant's request.  Defendant's § 2255 Motion is hereby amended to add the issue of ineffective assistance of counsel for failing to object to his criminal history category.  Defendant may not amend his § 2255 Motion again or add new claims.  The Government may file a supplemental opposition on or before September 17, 2007, to address this new issue only.  Defendant may file a reply on or before October 1, 2007, to address issues raised by the Government in both its opposition and its supplemental brief.  The hearing on this matter is hereby

continued to October 29, 2007, at 9:00 a.m., in order to allow the supplemental briefing.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, August 21, 2007.



_____
David Alan Ezra
United States District Judge

United States of America vs. Manuel Omar Luera, Cv. No. 07-00234 DAE-KSC, Cr. No. 05-00104 DAE; ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND