EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SUPPLEMENTAL |
| vs. | ) | MEMORANDUM IN OPPOSITION TO |
| | ) | DEFENDANT MANUEL OMAR LUERA'S |
| MANUEL OMAR LUERA, | ) | MOTION PURSUANT TO 28 U.S.C. |
| | ) | § 2255 TO VACATE CONVICTION; |
| Defendant. | ) | EXHIBITS A AND B; CERTIFICATE |
| | ) | OF SERVICE |

GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION
TO DEFENDANT MANUEL OMAR LUERA'S MOTION
PURSUANT TO 28 U.S.C. § 2255 TO VACATE CONVICTION

The United States of America ("United States") herein files a supplemental memorandum in response to the Court's Order dated August 21, 2007, giving Defendant Manuel Omar Luera ("Luera") leave to file a supplemental petition adding a claim that his counsel was ineffective in representing him because counsel failed to object to his Criminal History Category.  Luera

claims that he should have been in Criminal History Category I, rather than Criminal History Category II.  Luera fails to provide any factual or legal basis for this bald claim.  For the foregoing reasons, Luera's most recent claim should summarily be rejected, along with his previous claims.

To demonstrate that counsel was ineffective, Luera must show that:  (1) counsel's performance was objectively deficient; and (2) that the deficient performance prejudiced his defense.  Strickland v. Washington, 466 U.S. 668 (1984).  There was no legal or factual basis for either counsel to object to the Probation Office's classification of Luera's criminal history as Category II.

The Presentence Investigation Report ("PSR") was based upon copies of the two state judgments.  (Copies of the two convictions are attached hereto and incorporated herein by reference as Exhibits "A" and "B.")  Based upon these records Luera had two criminal convictions which were imposed in the state of California; one conviction was entered on July 23, 1998 for theft and petty theft and the second one was entered in May 1999 for evading an executive officer.  (See PSR ¶ 46)  Under Sentencing Guideline Sections 4A1.1(c), 4A1.2(e)(2) and 4A1.2(c)(1), one criminal point for each of these convictions was properly assessed.

**Section 4A1.1(c)**:

Luera received one point under this section because the sentence was neither a felony nor of at least sixty days duration.

**Section 4A1.2(e)(2)**:

The offense occurred within ten years of the commencement of the instant offense which occurred in 2004.  (See PSR ¶¶ 11-16)

**Section 4A1.2(c)(1)**:

The theft conviction was counted under this section because the sentence imposed was more than one year probation (three years).

The second conviction was entered in May 1999 for resisting an executive officer.  (PSR ¶ 47)

**Section 4A1.1(c)**:

As with the first conviction, this conviction did not result in a sentence of imprisonment nor a sentence of more than sixty days duration.

**Section 4A1.2(e)(2)**:

The instant offense was committed within ten years of the prior offense.  (Luera again was unable to comply with his terms of probation and his most recent revocation for this offense was in 2000.)  (PSR ¶ 47)

**Section 4A1.2(c)(1)**:

The sentence for the second conviction was more than one year of probation.  (PSR ¶ 47)

As the probation officer's calculation of Luera's criminal history was correct and there was no legal basis upon which Luera could have challenged said calculation, counsel was not ineffective for failing to object to Luera's criminal history category.

WHEREFORE, the government requests that Luera's petition be denied in its entirety.

DATED:  September   4  , 2007, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
>
> By  /s/ Beverly Wee Sameshima
>    BEVERLY WEE SAMESHIMA
>    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

   Randall Oyama, Esq.     <u>randyoyama@gmail.com</u>

Served by First Class Mail:

   Michael Green, Esq.
   345 Queen Street, 2nd Floor
   Honolulu, HI   96813

   Manuel Omar Luera
   Immate No. 91889-022
   Federal Correctional Institution
   P.O. Box 3007
   Terminal Island, CA   90731

     DATED:  September __4__, 2007, at Honolulu, Hawaii.


                                             __/s/ Dawn M. Aihara__