

## CRIMINAL HISTORY COVER SHEET

| X CRIMINAL CONVICTION | ❑ PENDING CHARGE |
| ❑ OTHER LAW ENFORCEMENT CONTACT | ❑ DETENTION ONLY |
| X TRAFFIC CITATION | X INS CONTACT |

| Date of Offense | Charge/Agency | Date Sentence Imposed/Disposition |
|---|---|---|
| 03-21-97 | 22350 VC, Speeding. Unknown agency. | San Diego Co. Sup. Crt. (South Bay Branch), Chula Vista, CA, Citation No. Y156182.<br>05-08-98: Sent. to traffic school & fine.<br>05-28-97: FTA |
| 05-21-97 | 484-488 PC, Theft/Petty Theft. National City, CA, PD. | San Diego Co. Muni. Crt. (South Bay Branch), Chula Vista, CA, Case No. S116586.<br>07-23-98: Convicted and sent. to 1 day jail, 3 yrs. summary prob. and $250 fine.<br>10-06-00: Prob. reins., mod.<br>11-28-00: Prob. rvk'd., B/W iss.<br>12-14-00: Prob. reins., mod.<br>03-27-01: Prob. rvk'd., B/W iss.<br>07-13-01: Prob. rvk'd., reins. mod.<br>10-11-01 - A Complaint (PVC) |
| 05-23-97 | Ct. 1: 11357(b) H&S, Possess Not More Than 28.5 grams of Marij.<br>Ct. 2: 853.7 PC, FTA After Written Promise.<br>San Diego, CA, PD. | San Diego Co. Muni. Crt., San Diego, CA, Case No. M737678.<br>12-29-00: P/G ct. 2 and fined $100.<br>01-02-01: Warrant vacated. |
| 03-25-99 | Cts. 1 & 2: 69 PC, Obstruct/Resist Executive Officers.<br>Ct. 3: 422 PC, Threaten Crime W/Intent to Terrorize.<br>Cts. 4 & 5: 148 PC, Obstruct/Resists Public Officer.<br>Chula Vista, CA, PD. | San Diego Co. Muni. Crt. (South Bay Branch), Chula Vista, CA, Case No. S136679.<br>05-07-99: P/G ct. 1 as a misd. per 17b PC, 18 mos. summary prob. and $350 fine.<br>07-14-99: Prob. rvk'd., B/W iss.<br>10-06-00: Prob. reins. mod.<br>11-28-00: Prob. rvk'd., B/W iss.<br>12-14-00: Prob. reins., mod.<br>07-09-01: Prob. rvk'd., B/W iss.<br>07-13-01: Prob. expired. |

EXHIBIT A

| | | |
|---|---|---|
| 11-01-00 | Alien Smuggling<br>U.S. INS, San Ysidro, CA. | 12-05-00: Prosecution declined, no complaint filed. |

X  Local court computer printouts attached.

X  All documentation has been requested and will be forwarded to you.

X  Contact should be made with your local INS office to review the defendant's immigration file and/or confirm this contact.

**Please Note:** <u>Attorney Representation for Indigent Defendants</u>
*California Penal Code § 987: Since 1971, California law has required that an indigent defendant charged with a felony must be provided with counsel or knowingly waive such representation, and that in 1973, the law was extended to add the same provisions for misdemeanor offenses.*

**UNITED STATES PROBATION OFFICE**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
MC22 L600M540097087000040            LUERA          MANUEL       O
1148 THIRD SPACE 11 AV    CHULA VISTA     CA 91911
AKA LUERA           OMAR
S   DOB    HT  WT  HC  EC   OPER-LIC ST           BAC    VEH-LIC ST CMVEH HZMAT
M        6-02 240 BRO BRO   B5397061 CA           0.NA%  3TKK103 CA
COMP-NO   CT CNT-DT ISS-DT APP-DT WNT-DT DSP-DT MC RSP-DT T PRG-DT PL WT D LC
Y156182   SB 032897 032197 051397 052897 050898 1                          6
EVENT  CODE    COURT    DATE     TIME
  1.
  2.

--------VIOLATION---------       --DISPOSITION--         ---PROBATION INFORMATION----
    SECTION TYPE ACT  BAIL       TYPE  FINE JAIL         TYPE AMNT   THRU   JAIL  THRU
 22350  5535  MVI PN              AF
 FTA          I                   A




ALL VIOLATIONS DISPLAYED
```

① 

```
DA10 97177 104657 800 001      CASE DISPLAY              SOUTH BAY BRANCH
CRIME M    PROS NO                        ISSUED ON 062697 BY SOUTH BAY BRANCH
NAME SYS LUERA         MANUEL    OMAR                DEF ATTY PUB A   B
     AKA                                                      CLOSED 072398
4TH AMEND 0000 4TH EXP DATE 000000                            DISPO  072798
H M HGT 602 WGT 200 EYES BRN HAIR BRN  EMP TYPE   EMP STATUS  INTERPRETER N
BKG           MC S116586      001 CII                SSN 000000000
OTH              SC           000 FBI
REL STATUS OTH  W-DATE         AMT 0000000
OFFENSE   052197 AT 3000 PLAZA BONITA    NATIONAL CITY       CA
AGY NCPD 000000 AT SAME                                      AT SCENE N
                             NODEFS 01                        PURGE 071711
WARRANT ISSUANCE      032701 0800 SB-M-016        000 PROB RVKD-WT ISSUED
APPEARANCE ON WARR    071301 0945 SB-M-016 MOSEES 000 PRB RVKD,REINS,MODFD
PROOF OF COMPLIANCE   101101 0800 SB-M-075        000 DEFENDANT COMPLIED
CASE DISP PG-M                                    COURT CASE LOCATION
SENTENCING INFORMATION IS FOR MOST SERIOUS CHARGE OF PC484-488
SENTENCED TO PROBATION    001 DAYS CONFINEMENT     S PROBATION FOR 003 YEARS
SPECIAL PROGRAM OF PBL SRV PR  FOR 015 DAYS   FINE 0000250


071301 PSWP CONVERTED TO H060 VOL WK
 FOR CHARGE RECORDS PRESS ENTER KEY                CURRENT DATE 09/26/05
```

```
DA10 97177 104657 800          CHARGE DISPLAY                    PROS NO
LUERA           MANUEL      OMAR   SUP NO         000 MUNI NO S116586      001
CASE SENT TO                       ON        LAST DATE STATE PRISON 000000

4TH AMEND 0000 4TH EXP DATE 000000PROB    FINE      SPEC PROG    SUSPENDED      C
01 PC484-488            PROB    D001   S Y003 0000250 PBL SR D015
ORIG COMPL    NCPD 97-4020
    PG-M
```

ALL RECORDS DISPLAYED                                CURRENT DATE 09/26/05

```
DA11 97177 104657 800 01    EVENT DISPLAY      PROS NO              MUNI NO S116586
DEFENDANT NAME LUERA               MANUEL      OMAR                 SUP NO
EVENT                      COURT   DATE        DEPUTY  DEF ATTY TYPE  ADDITIONAL INFO

COMPLAINT FILED            SBM004  06-27-97                        N  MISDEMEANOR
ARRAIGN ON COMPLAINT       SBM004  07-17-97    EVERSL              N  D FTA-AFIDAVIT REQTD
FURTHER PROCEEDINGS        SBM004  08-04-97                        N  AFFIDAVIT FILED
WARRANT ISSUANCE           SBM004  08-11-97                        N  WARRANT ISSUED
FURTHER PROCEEDINGS        SBM088  10-16-97                        N  VACATED
ARRAIGN ON COMPLAINT       SBM006  07-23-98    PARAD   PUB A       B  PROB-JAIL-FINE
FURTHER PROCEEDINGS        SBMSCA  05-11-99            PUB A       B  FN REF TO CA
PROB REVOCATION            SBM003  10-06-00    MOSEES  PUB A       B  PROB REINSTD,MODIFD
WARRANT ISSUANCE           SBM016  11-28-00            PUB A       B  PROB RVKD-WT ISSUED
APPEARANCE ON WARR         SBM003  12-14-00    VAREC   PUB A       B  PROB REINSTD,MODIFD
WARRANT ISSUANCE           SBM016  03-27-01            PUB A       B  PROB RVKD-WT ISSUED
APPEARANCE ON WARR         SBM016  07-13-01    MOSEES  PUB A       B  PRB RVKD,REINS,MODFD
PROOF OF COMPLIANCE        SBM075  10-11-01            PUB A       B  DEFENDANT COMPLIED



ALL RECORDS DISPLAYED
```

```
DA10 97153 140147 850 001      CASE DISPLAY                     CITY ATTORNEY
CRIME M    PROS NO VN903201              ISSUED ON 060297 BY CITY ATTORNEY
NAME SYS LUERA            MANUEL      OMAR                 DEF ATTY          N
     AKA                                                         CLOSED 000000
4TH AMEND 0000 4TH EXP DATE 000000                               DISPO  010801
H M HGT 602 WGT 220 EYES BRN HAIR BRN  EMP TYPE    EMP STATUS
BKG 00184917A MC M737678      001 CII                      SSN 000000000
OTH              SC           000 FBI
REL STATUS OTH   W-DATE       AMT 0000000
OFFENSE   052397 AT                                         CDL B5397061CA
AGY SDPD 121200 AT
                              NODEFS 01                          PURGE 010811
APPEARANCE ON WARR    122900 0830 SD-M-MA         000 PLED GUILTY
SENTENCING HEARING    122900 0830 SD-M-MA  MAGER  000 FINE
APPEARANCE ON WARR    010201 1230 SD-M-MA  MAGERD 000 VACATED
CASE DISP PG-I-PB                            COURT CASE LOCATION I  010801
SENTENCING INFORMATION IS FOR MOST SERIOUS CHARGE OF PC853.7
SENTENCED TO FINE
                                           FINE 0000100


  FOR CHARGE RECORDS PRESS ENTER KEY                   CURRENT DATE 09/26/05
```

```
DA10 97153 140147 850          CHARGE DISPLAY                PROS NO VN903201
LUERA            MANUEL        OMAR    SUP NO          000 MUNI NO M737678        001
CASE SENT TO                           ON         LAST DATE STATE PRISON 000000

4TH AMEND 0000 4TH EXP DATE 000000PROB    FINE     SPEC PROG    SUSPENDED        C
01 HS11357(B0
ORIG COMPL   SDPD Y589001
     D*D GLTY OTH CHRG-CS
02 PC853.7            FINE             0000100
AMDED COMPL  SDMC
     PG-I-PB




       ALL RECORDS DISPLAYED                              CURRENT DATE 09/26/05
```

```
DA11 97153 140147 850 01   EVENT DISPLAY      PROS NO VN903201   MUNI NO M737678
DEFENDANT NAME LUERA              MANUEL     OMAR                SUP NO
EVENT                   COURT     DATE      DEPUTY DEF ATTY TYPE    ADDITIONAL INFO

COMPLAINT FILED         SDM       06-03-97                       N  MISDEMEANOR
ARRAIGN ON COMPLAINT    SDMMA     07-23-97                       N  DEFT FTA-15 DAY WRT
FURTHER PROCEEDINGS     SDMMA     07-23-97                       N  D FTA - WA ORD
WARRANT ISSUANCE        SDMMA     08-12-97                       N  WARRANT ISSUED
APPEARANCE ON WARR      SDMMA     08-07-98   FROSTA              N  C*OTH EVIDNTRY REASN
ARRAIGN ON COMPLAINT    SDMMA     08-28-98   NO    CA            N  D FTA - BW ORD
WARRANT ISSUANCE        SDMMA     09-09-98                       N  D FTA-BW ISS
FURTHER PROCEEDINGS     SDMMA     10-10-00                       N  BAIL POSTED-RELEASED
APPEARANCE ON WARR      SDMMA     10-27-00                       N  DEF FTA-BBF
WARRANT ISSUANCE        SDMMA     11-18-00                       N  DEF FTA-BBF-BWI
FURTHER PROCEEDINGS     SDMMA     12-13-00                       N  BAIL POSTED-RELEASED
APPEARANCE ON WARR      SDMMA     12-29-00                       N  PLED GUILTY
SENTENCING HEARING      SDMMA     12-29-00   MAGER               N  FINE
APPEARANCE ON WARR      SDMMA     01-02-01   MAGERD              N  VACATED


ALL RECORDS DISPLAYED
```

```
DA10 98208 155647 800 001     CASE DISPLAY                  SOUTH BAY BRANCH
CRIME 4    PROS NO                      ISSUED ON 033199 BY SOUTH BAY BRANCH
NAME SYS LUERA            MANUE       OMAR                 DEF ATTY MABIMD R
     AKA                                                        CLOSED 050799
4TH AMEND 0000 4TH EXP DATE 000000                              DISPO  051199
H M HGT 601 WGT 220 EYES BRO HAIR BRO  EMP TYPE    EMP STATUS  INTERPRETER N
BKG 99121781A MC S136679       001 CII 12500625                SSN 000000000
OTH           SC               000 FBI 725552LB6               UNDOC. PERSON N
REL STATUS WC   W-DATE           AMT 0000000
OFFENSE   032599 AT 755 BROOKSTONE #101    CHULA VISTA        CA
AGY CVPD 032599 AT SAME                                        AT SCENE Y
                            NODEFS 01                              PURGE
APPEARANCE ON WARR    121400 0800 SB-M-003 MOSEES 000 PROB REINSTD,MODIFD
WARRANT ISSUANCE      070901 0830 SB-M-016        000 PROB RVKD-WT ISSUED
APPEARANCE ON WARR    071301 0800 SB-M-003 MOSEES 000 PROBATION EXPIRED
CASE DISP PG-17B4-PB                       COURT CASE LOCATION
SENTENCING INFORMATION IS FOR MOST SERIOUS CHARGE OF PC69
SENTENCED TO PROBATION                             S PROBATION FOR 018 MONTHS
SPECIAL PROGRAM OF DEFER FINE  FOR 015 DAYS   FINE 0000350


15DYS PWS
 FOR CHARGE RECORDS PRESS ENTER KEY                    CURRENT DATE 09/29/05
```

```
DA10 98208 155647 800         CHARGE DISPLAY                PROS NO
 LUERA           MANUE   OMAR   SUP NO         000 MUNI NO S136679       001
CASE SENT TO                    ON       LAST DATE STATE PRISON 000000

4TH AMEND 0000 4TH EXP DATE 000000PROB    FINE      SPEC PROG     SUSPENDED      C
01 PC69                     PROB          S M018 0000350 DEF FI D015
ORIG COMPL   CVPD 99-05108
     PG-17B4-PB
02 PC69
ORIG COMPL   CVPD 99-05108
     D*D GLTY OTH CHRG-CS
03 PC422
ORIG COMPL   CVPD 99-05108
     D*D GLTY OTH CHRG-CS
04 PC148
ORIG COMPL   CVPD 99-05108
     D*D GLTY OTH CHRG-CS
05 PC148
ORIG COMPL   CVPD 99-05108
     D*D GLTY OTH CHRG-CS


ALL RECORDS DISPLAYED                              CURRENT DATE 09/29/05
```

```
DA11 98208 155647 800  01    EVENT DISPLAY      PROS NO              MUNI NO S136679
DEFENDANT NAME LUERA              MANUE         OMAR                 SUP NO
EVENT                     COURT    DATE     DEPUTY DEF ATTY TYPE    ADDITIONAL INFO

COMPLAINT FILED           SBM003  03-31-99                     N    17B4
ARRAIGN ON COMPLAINT      SBM003  04-02-99   SUEIC  GOMEW      B    C*TO NAME-RETAIN ATY
ARRAIGN ON COMPLAINT      SBM003  04-16-99   NO  DA MABIMD     R    PLED NG
SETTLEMENT CONF           SBM003  05-07-99   MARRSJ MABIMD     R    ERROR-CHANGE EVENT
SETTLEMENT CONF           SBM003  05-07-99   MARRSJ MABIMD     R    PROBATION-FINE
TRIAL - JURY              SBM016  05-27-99          MABIMD     R    VACATED
WARRANT ISSUANCE          SBMA    07-14-99          MABIMD     R    PROB RVKD-WT ISSUED
FURTHER PROCEEDINGS       SBMSCA  01-31-00          MABIMD     R    FN REF TO CA
APPEARANCE ON WARR        SBM003  10-06-00   MOSEES MABIMD     R    PROB REINSTD,MODIFD
WARRANT ISSUANCE          SBM016  11-28-00          MABIMD     R    PROB RVKD-WT ISSUED
APPEARANCE ON WARR        SBM003  12-14-00   MOSEES MABIMD     R    PROB REINSTD,MODIFD
WARRANT ISSUANCE          SBM016  07-09-01          MABIMD     R    PROB RVKD-WT ISSUED
APPEARANCE ON WARR        SBM003  07-13-01   MOSEES MABIMD     R    PROBATION EXPIRED



ALL RECORDS DISPLAYED
```

THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/725552LB6. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI                - FBI/725552LB6

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

OUTPUT MSG 385,                  FROM C/    TO PDX3    TIME=11:10 09/27/05

```
4AXUCPDX300.1*
CR.WVFBINF00
11:14 09/27/2005 72887
11:14 09/27/2005 83232 CA037027G
*AXUCPDX300
TXT


HDR/2L01ISDSQAXUCPDX300
ATN/PJK 203394
********************   CRIMINAL HISTORY RECORD   ***********************
Data As Of                2005-09-27
*************************  Introduction  ***************************
This rap sheet was produced in response to the following request:
FBI Number                725552LB6
Request Id                AXUCPDX300
Purpose Code              C
Attention                 PJK 203394
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-725552LB6.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2005-09-27)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2005-09-27)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2005-09-27)
************************   IDENTIFICATION   ***************************
Subject Name(s)
LUERA, OMAR
LUERA, MANUEL OMAR    (AKA)
PUFFELIZ, OMAR    (AKA)
Subject Description
FBI Number                State Id Number
725552LB6                 CA12500625 (CA)
Social Security Number


Miscellaneous Numbers
NA                        Alien Registration         Unknown
Sex                       Race
Male                      White
Height                    Weight                     Date of Birth
6'02"                     230

Hair Color                Eye Color                  Fingerprint Pattern
Brown                     Brown                      WU RS RS WU RS LS RS LS WU LS
(Other)
Place of Birth            Citizenship
CA                        US
Fingerprint Images
Photo Images
Photo Image Available     FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image           Other
(No Photo Image Transmitted
Comment:FBI has one photo associated with
                          arrest date of 2005/05/05)
Photo Image Available     FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image           Other
(No Photo Image Transmitted
Comment:FBI has one photo associated with
                          arrest date of 2004/12/22)
```

```
Photo Images Available       Other
Available Image
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                with arrest date of 2000/12/04)
************************ CRIMINAL HISTORY ************************
=========================== Cycle 001 ===========================
Earliest Event Date      2000-11-01
-----------------------------------------------------------------
Arrest Date              2000-11-01
Arrest Case Number
Arresting Agency         CAINS0500 USINS SAN YSIDRO SAN YSIDRO
Subject's Name           PUFFELIZ,OMAR
Charge                   01
        Charge Literal   8 USC 1324: ALIEN SMUGGLING
             Severity    Unknown
-----------------------------------------------------------------
Court Disposition        (Cycle 001)
Court Agency               Unknown
Charge                   01
        Charge Literal   8 USC 1324: ALIEN SMUGGLING
             Severity    Unknown
          Disposition    (Unknown 2000-12-05; PROSECUTION DECLINED
                         RELEASED)
=========================== Cycle 002 ===========================
Earliest Event Date      2000-12-04
-----------------------------------------------------------------
Arrest Date              2000-12-04
Arrest Case Number
Arresting Agency         HIDEA0100 DEA HONOLULU
Subject's Name           LUERA,MANUEL OMAR
Charge                   01
        Charge Literal   POSS W/INT TO DIST MARIJ
             Severity    Unknown
=========================== Cycle 003 ===========================
Earliest Event Date      2004-12-22
-----------------------------------------------------------------
Arrest Date              2004-12-22
Arrest Case Number
Arresting Agency         HIDEA0100 DEA HONOLULU
Subject's Name           LUERA,MANUEL OMAR
Charge                   01
        Charge Literal   3599 - DANGEROUS DRUGS
             Severity    Unknown
-----------------------------------------------------------------
Court Disposition        (Cycle 003)
Court Agency               Unknown
Charge                   01
        Charge Literal   3599 - DANGEROUS DRUGS
             Severity    Unknown
          Disposition    (Unknown 2005-01-03; NOT YET DISPOSED)
=========================== Cycle 004 ===========================
Earliest Event Date      2005-05-05
-----------------------------------------------------------------
Arrest Date              2005-05-05
Arrest Case Number
Arresting Agency         CAUSM0300 USM SAN DIEGO
Subject's Name           LUERA,MANUEL OMAR
Charge                   01
        Charge Literal   5002 - BAIL - PERSONAL RECOG
             Severity    Unknown
-----------------------------------------------------------------
```

```
Court Disposition        Unknown
Court Agency             known
Charge                   01
       Charge Literal    5002 - BAIL - PERSONAL RECOG
       Severity          Unknown
       Disposition       (Unknown 2005-05-06; NOT YET DISPOSED)
************************    INDEX OF AGENCIES    ************************
Agency                   FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address
                          1000 CUSTER HOLLOW RD
                          CLARKSBURG, WV 26306
--------------------------------------------------------------------------
Agency                   USINS SAN YSIDRO SAN YSIDRO; CAINS0500;
Address
                          PO BOX 439013
                          SAN YSIDRO, CA 921439013
--------------------------------------------------------------------------
Agency                   DEA HONOLULU; HIDEA0100;
Address
                          300 ALA MOANA BLVD PO BOX 50163
                          HONOLULU, HI 96813
--------------------------------------------------------------------------
Agency                   USM SAN DIEGO; CAUSM0300;
Address
                          US COURTHOUSE B-150 940 FRONT STREET
                          SAN DIEGO, CA 921018930
* * * END OF RECORD * * *

OUTPUT MSG 386,               FROM C/    TO PDX3    TIME=11:10 09/27/05
```

```
4AXUCPDX300.IH
RE: QHY.CA037027G.12500625.PJK 203      DATE:20050927 TIME:11:10:27
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:PJK 203394

** III MULTIPLE SOURCE
CII/A12500625
DOB/           SEX/M  RAC/HISPANIC
HGT/602 WGT/230 EYE/BRO  HAI/BRO  POB/CA
NAM/01 LUERA,OMAR
    02 LUERA,MANUEL OMAR

FBI/725552LB6
DOB/
* * * *

ARR/DET/CITE:          NAM:01  DOB:
19990325  CASO SAN DIEGO

CNT:01      #99121781A
  245(C) PC-ADW NOT FIREARM:PO/FIREFIGHTER:GBI
19990331
 DISPO:PROS REJECT/REASON UNKNOWN
   ARR BY:CAPD CHULA VISTA

CNT:02      #99121781A
  245(C) PC-ADW NOT FIREARM:PO/FIREFIGHTER:GBI
   ARR BY:CAPD CHULA VISTA

CNT:03
  69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER

CNT:04
  243(B) PC-BATTERY PEACE OFCR/EMERG PERSNL/ETC
- - - -
COURT:                NAM:01
19990507  CASC MCCHULA VISTA

CNT:01     #S136679
  69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER
 DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
  422 PC-THREATEN CRIME W/INTENT TO TERRORIZE
 DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:03-04
  148 PC-OBSTRUCTS/RESISTS PUBLIC OFFICER
 DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:05
  69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 18 MONTHS PROBATION, FINE,
       WORK PROGRAM
* * * *

ARR/DET/CITE:          NAM:02  DOB:
20001006  CASO SAN DIEGO
```

```
CNT:01      #001688500A
  -WARRANT
  69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER
  ARR BY:CAPD CHULA VISTA
  COM: SCN-71602800005
*******************************************************************
**                                                                 **
**   THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT  **
**   DISPOSITION REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED *
**   WITH THIS RECORD BASED UPON SOFT CRITERIA CONSISTING OF A NAME **
**   OR NUMBER MATCH.  POSITIVE IDENTIFICATION HAS NOT BEEN MADE   **
**   BECAUSE FINGERPRINTS WERE NOT RECEIVED FOR THE ENTRIES.  USE OF **
**   THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.             **
**                                                                 **
*******************************************************************
* * * *
ARR/DET/CITE:          NAM:02
19970521  CAPD NATIONAL CITY

CNT:01      #NONE
  NO ARREST RECEIVED

CNT:02
  484/488 PC-THEFT/PETTY THEFT
- - - -
COURT:                 NAM:02
19980723  CAMC CHULA VISTA

CNT:01      #S116586
  484/488 PC-THEFT/PETTY THEFT
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  COM: SEN-X3 YR PROB, 1 DS JL, $250 FINE
  COM: DCN-T3038502259837001188

20001214
 DISPO:PROB VIOL/REV AND/OR REINSTATE W/SEN MOD
   COM: DCN-T10149704701370007980
      *    *    *   END OF MESSAGE    *    *    *

OUTPUT MSG 387,              FROM C/    TO PDX3    TIME=11:10 09/27/05
```