

## CRIMINAL HISTORY COVER SHEET

| X CRIMINAL CONVICTION | ☐ PENDING CHARGE |
| ☐ OTHER LAW ENFORCEMENT CONTACT | ☐ DETENTION ONLY |
| X TRAFFIC CITATION | X INS CONTACT |

| Date of Offense | Charge/Agency | Date Sentence Imposed/Disposition |
|---|---|---|
| 03-21-97 | 22350 VC, Speeding. Unknown agency. | San Diego Co. Sup. Crt. (South Bay Branch), Chula Vista, CA, Citation No. Y156182.<br>05-08-98: Sent. to traffic school & fine.<br>05-28-97: FTA |
| 05-21-97 | 484-488 PC, Theft/Petty Theft. National City, CA, PD. | San Diego Co. Muni. Crt. (South Bay Branch), Chula Vista, CA, Case No. S116586.<br>07-23-98: Convicted and sent. to 1 day jail, 3 yrs. summary prob. and $250 fine.<br>10-06-00: Prob. reins., mod.<br>11-28-00: Prob. rvk'd., B/W iss.<br>12-14-00: Prob. reins., mod.<br>03-27-01: Prob. rvk'd., B/W iss.<br>07-13-01: Prob. rvk'd., reins. mod. |
| 05-23-97 | Ct. 1: 11357(b) H&S, Possess Not More Than 28.5 grams of Marij.<br>Ct. 2: 853.7 PC, FTA After Written Promise.<br>San Diego, CA, PD. | San Diego Co. Muni. Crt., San Diego, CA, Case No. M737678.<br>12-29-00: P/G ct. 2 and fined $100.<br>01-02-01: Warrant vacated. |
| 03-25-99 | Cts. 1 & 2: 69 PC, Obstruct/ Resist Executive Officers.<br>Ct. 3: 422 PC, Threaten Crime W/Intent to Terrorize.<br>Cts. 4 & 5: 148 PC, Obstruct/ Resists Public Officer.<br>Chula Vista, CA, PD. | San Diego Co. Muni. Crt. (South Bay Branch), Chula Vista, CA, Case No. S136679.<br>05-07-99: P/G ct. 1 as a misd. per 17b PC, 18 mos. summary prob. and $350 fine.<br>07-14-99: Prob. rvk'd., B/W iss.<br>10-06-00: Prob. reins. mod.<br>11-28-00: Prob. rvk'd., B/W iss.<br>12-14-00: Prob. reins., mod.<br>07-09-01: Prob. rvk'd., B/W iss.<br>07-13-01: Prob. expired. |

EXHIBIT B

| | | |
|---|---|---|
| 11-01-00 | Alien Smuggling<br>U.S. INS, San Ysidro, CA. | 12-05-00: Prosecution declined, no complaint filed. |

X  Local court computer printouts attached.

X  All documentation has been requested and will be forwarded to you.

X  Contact should be made with your local INS office to review the defendant's immigration file and/or confirm this contact.

**Please Note:** Attorney Representation for Indigent Defendants
*California Penal Code § 987: Since 1971, California law has required that an indigent defendant charged with a felony must be provided with counsel or knowingly waive such representation, and that in 1973, the law was extended to add the same provisions for misdemeanor offenses.*

### UNITED STATES PROBATION OFFICE
### SOUTHERN DISTRICT OF CALIFORNIA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SOUTH COUNTY DIVISION

| THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, v. MANUE OMAR LUERA, aka OMAR LUERA Defendant(s) | SC No. S   136679 COMPLAINT-MISDEMEANOR |
|---|---|

C O M P L A I N T
S U M M A R Y

| Ct. No. | Charge | Defendant | Maximum Term |
|---|---|---|---|
| 1 | PC69 | LUERA, MANUE OMAR | 1 Year |
| 2 | PC69 | LUERA, MANUE OMAR | 1 Year |
| 3 | PC422 | LUERA, MANUE OMAR | 1 Year |
| 4 | PC148(a)(1) | LUERA, MANUE OMAR | 1 Year |
| 5 | PC148(a)(1) | LUERA, MANUE OMAR | 1 Year |
|   | PC1054.3 | INFORMAL REQUEST FOR DISCOVERY | |

The undersigned, certifying upon information and belief, complains that in the South Bay Judicial District, County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

COUNT   1 - RESISTING EXECUTIVE OFFICER A MISDEMEANOR PER 17B4

On or about March 25, 1999, MANUE OMAR LUERA did unlawfully attempt by means of threats and violence to deter and prevent another who was then and there an executive officer from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty, in violation of PENAL CODE SECTION 69, a misdemeanor pursuant to Penal Code section 17(b)(4).

MAR 31 1999

COUNT    2 - RESISTING EXECUTIVE OFFICER A MISDEMEANOR PER 17B4

   On or about March 25, 1999, MANUE OMAR LUERA did unlawfully attempt by means of threats and violence to deter and prevent another who was then and there an executive officer from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty, in violation of PENAL CODE SECTION 69, a misdemeanor pursuant to Penal Code section 17(b)(4).


COUNT    3 - MAKING A TERRORIST THREAT A MISDEMEANOR PER 17B4

   On or about March 25, 1999, MANUE OMAR LUERA did willfully and unlawfully, under circumstances which made it so unequivocal, unconditional, immediate and specific as to purpose and immediate execution with gravity of purpose, threaten to commit a crime which would result in death and great bodily injury to D CHAISON with the specific intent that the statement be taken as a threat even though there was not intent of actually carrying it out and thereby caused that person reasonably to be in sustained fear for his or her own safety and the safety of his or her immediate family, in violation of PENAL CODE SECTION 422, a misdemeanor pursuant to Penal Code section 17(b)(4).


COUNT    4 - RESISTING AN OFFICER

   On or about March 25, 1999, MANUE OMAR LUERA did willfully and unlawfully resist, delay and obstruct a public officer, peace officer and emergency medical technician in the discharge of and the attempt to discharge a duty of his/her office and employment, in violation of PENAL CODE SECTION 148(a)(1).


COUNT    5 - RESISTING AN OFFICER

   On or about March 25, 1999, MANUE OMAR LUERA did willfully and unlawfully resist, delay and obstruct a public officer, peace officer and emergency medical technician in the discharge of and the attempt to discharge a duty of his/her office and employment, in violation of PENAL CODE SECTION 148(a)(1).


Pursuant to Penal Code section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code section 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER S    136679, CONSISTS OF    5 COUNT(S).

Executed at Chula Vista, County of San Diego, on March 31, 1999.

```
                                    _____
                                             COMPLAINANT
```

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

AGENCY: CVPD                             AGENCY CASE: 99-05108

PRELIM. TIME EST.:      Hour(s)

| DEFENDANT | STATUS | DOB | BOOKING NUMBER | BAIL RECOM'D | APP'NCE DATE |
|---|---|---|---|---|---|
| LUERA , MANUE OMAR | BAIL |  | 99121781A |  | 4/02/99 |

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
SOUTH BAY JUDICIAL DISTRICT

People vs. Manuel Omar Luera                Case No. S136679

PLEA OF GUILTY/NO CONTEST
MISDEMEANOR

## CHARGES

1. Of the charges filed against me in this case, I wish to plead Guilty/No Contest to the following: PC 69 Count 1 – Resisting Executive Officer – A misdemeanor per 17B4      [OL]

    (If applicable) - I am also charged with, and wish to admit, the following separate convictions:

    1) Case#_____ Court_____ Date of Conviction_____
    2) Case#_____ Court_____ Date of Conviction_____

2. I have not been induced to enter this plea by any promise or representation of any kind, except: (Describe plea bargain.) $350.00 fine; 15 days public work service; 18 months probation. Plead guilty to Count 1, P.C. 69      [OL]

## RIGHT TO A LAWYER

3. I understand that I have the right to be represented by a lawyer at all stages of the proceedings, including this one. I can hire my own lawyer, or the Court will appoint a lawyer for me if the Court determines I cannot afford one.   [OL]

## CONSTITUTIONAL RIGHTS

I understand that I also have the following constitutional rights which I now give up to plead Guilty/No Contest: P.C. 69

|   | I understand this right. | I give up this right. |
|---|---|---|
| 4. Right to a speedy, public trial by jury. | [OL] | [OL] |
| 5. Right to remain silent and not incriminate myself. | [OL] | [OL] |
| 6. Right to present evidence and to have the Court subpoena witnesses for me at no cost. | [OL] | [OL] |
| 7. Right to confront and question the witnesses against me. | [OL] | [OL] |

## CONSEQUENCES OF PLEA: I understand each of the following:

8. I may serve this maximum sentence as a result of my plea: P.C. 69, $350.00 fine, 15 days public work service, 18 months probation   [OL]

8a. This conviction may be used to enhance penalties on any later conviction.   [OL]

9. If I am not a citizen of the United States, a plea of Guilty or No Contest could result in deportation, exclusion from admission to this country, or denial of naturalization.   [OL]

10. My plea of Guilty/No Contest in this case could result in revocation of my probation or parole in other cases.   [OL]

11. My plea of No Contest is the same as a plea of Guilty for purposes of sentencing and my record.   [X]

12. I am now sober. I have not consumed any drug, narcotic or alcoholic beverage in the past 24 hours to the extent that my sound judgment is impaired.   [OL]

13. I am pleading Guilty/No Contest freely and voluntarily without threat or fear to me or anyone closely related to me.   [OL]

14. I agree that the sentencing judge may consider the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations when granting probation, ordering restitution or imposing sentence.   [OL]

377-D (3/90)

SOUTH BAY JUDICIAL DISTRICT

| | | | | ( ) Borunda | ( ) Rodriguez |
|---|---|---|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | | | | ( ) Finlay | ( ) Edwards |
| vs | | Plaintiff, | Case No.: S136679 | ( ) Cazares | ( ) Quinn |
| | | | Date: 05-07-99 | ( ) Scott | |
| LUERA | MANUE | 0 | Booking No.: 99121781 | ( ) Cannon | Commissioner: |
| | | | DOB: | ( ) Vargas | ( ) O'Connor |
| | | Defendant. | | ( ) Hendrix | ( ) Riley |
| CHARGES  21ST DAY  TJ 05-27-99 0830 016  BOND  60000 | | | | X Fraser | ( ) |
| PC69 | PC69 | PC422 | PC148 | PC148 | |

Defendant appears ( ) by (X) with ( ) without ( ) counseled by: Atty. **H. MABILE** (RT) —R ) Personal presence waived
DDA **S. Marrietti** Interpreter _____ is qualified under either Gov. Code Sec. 68566; 68561(c) or 68561(d).
(X) Defendant appearing for hearing re: **SC**  CSR _____
( ) Trial readiness (X) trial ( ) prelim ( ) settlement conference ( ) hearing of **05-27-99** ( ) confirmed (X) vacated
( ) Defendant advised of rights on the reverse side. ( ) Initial  **TRIAL DATE VACATED**
( ) Case assigned to Judge _____ for all purposes. ( ) Reciprocal discovery ordered.
( ) Defendant requests appointment of counsel ( ) denied ( ) granted ( ) Public Defender 498-2001 ( ) Alternate Public Defenders 498-2085 ( )Private Conflicts Counsel 702-6199 appointed for all future proceedings. ( ) Referred by Near-Indigent Panel. ( ) To retain counsel. ( ) To proceed in pro per.
( ) Proof of Booking/Fingerprinting ( ) is not necessary based on stipulation by the parties ( ) provided ( ) due by _____
   On motion of ( ) People ( ) Defense ( ) Court ( ) Opposed ( ) Unopposed ( ) People ( ) Defense
( ) Defendant arraigned ( ) on amended complaint ( ) and enters plea of Not Guilty. ( ) Waives jury trial. ( ) Time waived. Matter is set for:
( ) Bail Review on _____ at _____ AM/PM Dept. _____. ( ) Bail unit report requested.
( ) Felony readiness ( ) Settlement conference on _____ at _____ AM/PM Dept. _____
( ) Jury Trial ( ) Court Trial ( ) Prelim Exam. on _____ at _____ AM/PM Dept. _____
( ) _____ on _____ at _____ AM/PM Dept. _____
( ) With defendant's consent Count _____ declared ( ) an infraction. ( ) a misdemeanor.
( ) On motion of People Count _____ amended to _____. ( ) a stipulated L.I.O./ ( ) L.R.O.
( ) On motion of DA complaint amended to ADD COUNT _____, violation of _____
( ) Defendant arraigned and enters a plea of ( ) guilty ( ) nolo to count(s) _____
(X) Any prior plea of not guilty withdrawn and defendant enters a plea of (X) Guilty ( ) Nolo to Count(s) **1**
( ) Defendant admits prior(s)/allegation(s).  ( ) Remaining prior(s)/allegation(s) stricken.
COUNT(S) **Balance** dismissed for (X) FOJ ( ) LOP ( ) IOE ( ) VOP _____ on motion of (X) People ( ) Court.
(X) Defendant advised of rights on the reverse side. ( ) Initial  (X) Time for sentencing waived. ( ) Arbuckle/Harvey Waivers
( ) Record is certified to Superior Court and defendant is ordered to appear in ( ) South Bay ( ) San Diego on _____
   at _____ AM/PM Dept. _____ for sentencing.

PROBATION STATUS: ( ) Defendant to report to Probation Department for ( ) Pre-Sentence Report ( ) Mini-Report ( ) Post Sentence Report
( ) Supplemental Report ( ) Record check; Recommendation. ( ) Other: _____
( ) Defendant waives right to interview with Probation Department.
( ) Defendant arraigned for probation violation ( ) Admits ( ) Denies violation. ( ) Defendant waives hearing.
( ) Probation is ( ) Revoked ( ) Reinstated ( ) Modified as indicated below under OTHER. All other terms and conditions of probation to remain same as previously imposed. ( ) Continued same terms and conditions. ( ) Extended _____ years. ( ) Terminated.
(X) Probation granted. See order. ( ) Probation denied. ( ) Defendant sentenced. See ( ) ORDER ( ) OTHER below.

CUSTODIAL STATUS: ( ) Bail review ( ) held ( ) off calendar ( ) waived. ( ) Defendant remanded to custody of Sheriff. Bail $_____
( ) Defendant released on ( ) own recognizance ( ) on BAIL/BOND ) from custody ( ) on probation. ( ) Supervised O.R
( ) Defendant failed to appear. ( ) Affidavit requested. ( ) Case referred for Civil Assessment.
( ) Defendant failed to appear and/or comply. _____ warrant ordered.  Bail $_____
( ) Direct Commit. Defendant sentenced to serve _____ days custody, 1 day suspended. Defendant to be produced within _____ hours upon arrest.

ATTORNEY FEES: ( ) It is the judgment and order of the Court that the defendant pay $_____ court appointed attorney costs to the Department of Revenue and Recovery (See 987.8(f) notice on reverse side.) at the rate of $_____ per month commencing _____.
( ) To be determined by Revenue & Recovery. ( ) Court determines that defendant is INDIGENT.
( ) $25.00 counseling fee is ( ) to be paid to the court forthwith. ( ) added to the fine. ( ) waived.

( ) OTHER: ( ) Deft. sentenced to serve _____ days custody. Execution stayed ( ) on conditions listed below. ( ) and deft. granted probation. See Order.
( ) Re-refer to ( ) FCP ( ) SB38. $25 re-referral fee due to the Court ( ) F/W ( ) by _____ ( ) Add to fine balance ( ) Fee waived.
( ) Re-refer to Domestic Violence Counseling Program.
( ) In lieu of fine complete _____ day(s)/hour(s) of ( ) Public Service Work through the Probation Dept., call 560-3258 within 2 days to enroll.
( ) Complete _____ day(s)/hour(s) of Volunteer Work thru _____ and submit proof of completion by _____.
( ) Fine balance of $_____ to be paid ( ) at the rate of $_____ per month beginning _____ ( ) in full by _____.
( ) $154.00 Booking Fee (pursuant to Government code 29550.1 & 29550.2). Payable by _____. ( ) included in fine.
( ) Proof of progress in Domestic Violence Program filed. Completion of _____ sessions submitted.
( ) Serve _____ days custody, _____ day(s) suspended. ( ) Credit ( ) towards fine in the amount of $_____ ( ) for _____ actual days served
( ) _____ PC4019/including PC4019 Total = _____ days. ( ) Time to be served ( ) concurrent ( ) consecutive with any other unexpired term.
( ) A.I. recommended. ( ) Recall warrant. ( ) $_____ of Civil Assessment is set aside. ( ) Abstract to issue forthwith.
( ) Suspension is for _____ year(s) on condition defendant violate no same or similar laws.

C.D.   MAY 11 1999

I certify the foregoing is a true copy of any judgment rendered on the above date by the above named Judge. BY _____ C. Gran _____, Deputy Clerk
NOTE CAREFULLY: O/R RELEASE TERMS, CONDITIONS AND CONSEQUENCES
You have been released on your own recognizance without bail and you sign this form, you do agree to appear at all the times and the places as ordered by the court. Further, you do agree to comply with each and all terms and conditions of this release without bail. You do agree not to leave the State of California. You understand and acknowledge that the court may revoke this order of release and return you to custody or require that you give bail or other assurance of your personal appearance in court. A willful failure to appear in a felony case is a separate felony offense punishable by a fine of $10,000 or imprisonment for three years, or both the fine and the custody. A willful failure to appear in a misdemeanor case is a separate misdemeanor offense punishable by a fine of $1,000 or six months custody in the County Jail, or both the fine and the custody.

| Defendant's Signature | Home Address | City, State, Zip Code |
|---|---|---|
| Driver's License No. and State | Social Security Number | Telephone Number |

DISTRIBUTION:  Jail  Prob  Deft  Arr Agency  Wk Furl D-281  Wk Proj O-391  DA  Atty  Interp  R&R  PCC D307  SAAU
J-11 (1/98)                                                             DOCKET

**SAN DIEGO SUPERIOR COURT**
**SOUTH COUNTY DIVISION**

PEOPLE OF THE STATE OF CALIFORNIA
Plaintiff,
vs
LUERA, MANUE
Defendant,

Case No.: S136679
Date: 12-14-00
Booking No.:
DOB:

Judge:
( ) Borunda ( ) Rodriguez
( ) Gonzales ( ) Edwards
( ) Scott ( ) Pate
( ) Hendrix ( ) Vargas
( ) Lim        Commissioner:
( ) Valentine ( ) Frausto
( ) Fraser ( ) O'Connor
X CANNON ( ) Riley

**CHARGES**
PC69

Defendant appears ( ) by (X) with ( ) without ( ) counseled by: Atty. A Lesane ( ) Personal presence waived
DDA E. Myers  Interpreter _____ is qualified under either Gov. Code Sec. 68566; 68561(c) or 68561(d).
( ) Defendant appearing for hearing re: Att'y in W/  CSR
( ) Trial readiness ( ) trial ( ) prelim ( ) settlement conference ( ) hearing of _____ ( ) confirmed ( ) vacated
( ) Defendant advised of rights on the reverse side. ( ) Initial
( ) Case assigned to Judge _____ for all purposes. ( ) Reciprocal discovery ordered.
( ) Defendant requests appointment of counsel ( ) denied ( ) granted ( ) Public Defender 498-2001 ( ) Alternate Public Defenders 498-2085 ( ) Private
Conflicts Counsel 702-6199 appointed for all future proceedings. ( ) Referred to Near-Indigent Panel. ( ) To retain counsel. ( ) To proceed in pro per.
( ) Proof of Booking/Fingerprinting ( ) is not necessary based on stipulation by the parties ( ) provided ( ) due by _____
On motion of ( ) People ( ) Defense ( ) Court ( ) Opposed ( ) Unopposed ( ) People ( ) Defense
( ) Defendant arraigned ( ) on amended complaint ( ) and enters plea of Not Guilty. ( ) Waives jury trial. ( ) Time waived. Matter is set for:
( ) Bail Review on _____ at _____ AM/PM Dept. _____. ( ) Bail unit report requested.
( ) Felony readiness ( ) Settlement conference on _____ at _____ AM/PM Dept. _____
( ) Jury Trial ( ) Court Trial ( ) Prelim Exam. on _____ at _____ AM/PM Dept. _____
( ) _____ on _____ at _____ AM/PM Dept. _____
( ) With defendant's consent Count _____ declared ( ) an infraction. ( ) a misdemeanor.
( ) On motion of People Count _____ amended to _____ ( ) a stipulated L.I.O./( ) L.R.O.
( ) On motion of DA complaint amended to ADD COUNT _____, violation of _____
( ) Defendant arraigned and enters a plea of ( ) guilty ( ) nolo to count(s) _____
( ) Any prior plea of not guilty withdrawn and defendant enters a plea of ( ) Guilty ( ) Nolo to Count(s) _____
( ) Defendant admits prior(s)/allegation(s). ( ) Remaining prior(s)/allegation(s) stricken.
COUNT(S) _____ dismissed for ( ) FOJ ( ) LOP ( ) IOE ( ) VOP _____ on motion of ( ) People ( ) Court.
( ) Defendant advised of rights on the reverse side. ( ) Initial ( ) Time for sentencing waived. ( ) Arbuckle/Harvey Waivers
( ) Record is certified to Superior Court and defendant is ordered to appear in ( ) South Bay ( ) San Diego on _____
at _____ AM/PM Dept. _____ for sentencing.

**PROBATION STATUS:** ( ) Defendant to report to Probation Department for ( ) Pre-Sentence Report ( ) Mini-Report ( ) Post Sentence Report
( ) Supplemental Report ( ) Record check; Recommendation. ( ) Other: _____
( ) Defendant waives right to interview with Probation Department.
(X) Defendant arraigned for probation violation (X) Admits ( ) Denies violation. (X) Defendant waives hearing.
(X) Probation / Sentence is ( ) Revoked (X) Reinstated (X) Modified as indicated below under OTHER. All other terms and conditions of probation and/or
sentence to remain same as previously imposed. ( ) Continued same terms and conditions. ( ) Extended _____ years. ( ) Terminated.
( ) Probation granted. See order. ( ) Probation denied. ( ) Defendant sentenced. See ( ) ORDER (X) OTHER below.

**CUSTODIAL STATUS:** ( ) Bail review ( ) held ( ) off calendar ( ) waived. ( ) Defendant remanded to custody of Sheriff. Bail $_____
(X) Defendant released on ( ) own recognizance ( ) on BAIL/BOND ( ) from custody (X) on probation. ( ) Supervised O.R
( ) Defendant failed to appear. ( ) Affidavit requested. ( ) Case referred for Civil Assessment. ( )
( ) Defendant failed to appear and/or comply. _____ warrant ordered. Bail $_____
( ) Direct Commit. Defendant sentenced to serve _____ days custody, 1 day suspended. Defendant to be produced within _____ hours upon arrest.
**CASH BAIL/BAILBOND:** ( ) Bail exonerated. ( ) Bail forfeited. ( ) Forfeiture set aside. ( ) Reinstate Bond/Bail. ( ) Fine from Bail.
( ) Bond to be reinstated & exonerated upon payment of $125.00/$185.00 Exoneration fee within 30 days.

**ATTORNEY FEES:** ( ) It is the judgment and order of the Court that the defendant pay $_____ court appointed attorney costs to the
Court ( ) at the rate of $_____ per month commencing _____ ( ) to be paid by _____
( ) to be added to fine. ( ) Court determines that defendant is INDIGENT.
( ) $25.00 counseling fee is ( ) to be paid to the court forthwith. ( ) added to the fine ( ) waived.

(X) **OTHER:** ( ) Deft. sentenced to serve _____ days custody. Execution stayed ( ) on conditions listed below. ( ) and deft. granted probation. See Order.
( ) Re-refer to ( ) FCP ( ) SB38. $25 re-referral fee due to the Court ( ) F/W ( ) by _____ ( ) Add to fine balance ( ) Fee waived.
( ) Re-refer to Domestic Violence Counseling Program.
                        enroll by 1-10-01
( ) Count 1: $_____ fine/$_____ suspended. Count 2:$_____ fine/$_____ suspended. Count 3:$_____ fine/$_____ suspended.
(X) In lieu of fine complete 15 day(s)/hours(s) of (X) Public Service Work through the Probation Dept. call 560-3258 within 2 days to enroll.
( ) Complete _____ day(s)/hour(s) of Volunteer Work thru _____ and submit proof of completion by _____
( ) Fine & Civil Assessment balance of $_____ to be paid ( ) at the rate of $_____ per month beginning _____ ( ) in full by _____
( ) Proof of progress in Domestic Violence Program filed. Completion of _____ sessions submitted.
( ) Serve _____ days custody, _____ day(s) suspended. ( ) Credit ( ) towards fine in the amount of $_____ ( ) for _____ actual days served
( ) _____ PC4019/including PC4019 Total=_____ days. ( ) Time to be served ( ) concurrent ( ) consecutive with any other unexpired term.
( ) Report to custody on _____ at _____ am/pm to ( ) East Mesa ( ) San Diego ( ) Las Colinas ( ) A.I. recommended.
( ) Suspension is for _____ year(s) on condition defendant violate no same or similar laws.
( ) Report to the Substance Abuse Assessment Unit (SAAU) ( ) Forthwith ( ) by _____
(X) Recall warrant. ( ) $_____ of Civil Assessment is set aside. ( ) Abstract to issue forthwith.
( ) Driver's license is restricted as stated on Petition For Restricted License per VC13202. Sentence if
allow to serve custody
non compliance

I certify the foregoing is a true copy of any judgment rendered on the above date by the above named Judge. BY _____ Deputy Clerk
**NOTE CAREFULLY: O/R RELEASE TERMS, CONDITIONS AND CONSEQUENCES**
If you have been released on your own recognizance without bail and you sign this form, you do agree to appear at all the times and the places as ordered by the court. Further, you do agree to comply with each and all terms and conditions of this release without bail. You do agree not to leave the State of California. You understand and acknowledge that the court may revoke this order of release and return you to custody or require that you give bail or other assurance of your personal appearance in court. A willful failure to appear in a felony case is a separate felony offense punishable by a fine of $10,000 or imprisonment for three years, or both the fine and the custody. A willful failure to appear in a misdemeanor case is a separate misdemeanor offense punishable by a fine of $1,000 or six months custody in the County Jail, or both the fine and the custody.

Defendant's Signature | Home Address | City, State, Zip Code
Driver's License No. and State | Social Security Number | Telephone Number

**DISTRIBUTION:** Jail Prob Def Arr Agency Wk Furl D-281 Prob D-391 DA Atty Interp PCC D307 SAAU
1-11 (08/99)                                                DOCKET

SAN DIEGO SUPERIOR COURT — SOUTH COUNTY DIVISION

PEOPLE OF THE STATE OF CALIFORNIA
vs
Lucero, Manuel
Defendant,

Plaintiff,

Case No.: S136679
Date: 07-13-01
Booking No.:
DOB:

Judge:
( ) Cazares ( ) Edwards
( ) Scott ( ) Pate
( ) Hendrix ( ) Vargas
(✓) Lim   Commissioner:
( ) Valentine ( ) Frausto
( ) Fraser ( ) O'Connor
( ) ( ) Riley

CHARGES
PC69

Defendant appears ( ) by (✓) with ( ) without ( ) counseled by: Atty. Alarcida, CLI ( ) Personal presence waived
DDA Moses Interpreter ___ is qualified under either Gov. Code Sec. 68566; 68561(c) or 68561(d).
(✓) Defendant appearing for hearing re: Failed to complete 15 days PC3 PTPF 392+250 CSR___
( ) Trial readiness ( ) trial ( ) prelim ( ) settlement conference ( ) hearing of ___ ( ) confirmed ( ) vacated
( ) Defendant advised of rights on the reverse side. ( ) Initial
( ) Case assigned to Judge ___ for all purposes. ( ) Reciprocal discovery ordered.
( ) Defendant requests appointment of counsel ( ) denied ( ) granted ( ) Public Defender 498-2001 ( ) Alternate Public Defenders 498-2085 ( ) Private Conflicts Counsel 702-6199 appointed for all future proceedings. ( ) Referred to Near-Indigent Panel. ( ) To retain counsel. ( ) To proceed in pro per.
( ) Proof of Booking/Fingerprinting ( ) is not necessary based on stipulation by the parties ( ) provided ( ) due by ___
On motion of ( ) People ( ) Defense ( ) Court ( ) Opposed ( ) Unopposed ( ) People ( ) Defense
( ) Defendant arraigned ( ) on amended complaint ( ) and enters plea of Not Guilty. ( ) Waives jury trial. ( ) Time waived. Matter is set for:
( ) Bail Review on ___ at ___ AM/PM Dept. ___. ( ) Bail unit report requested.
( ) Felony readiness ( ) Settlement conference on ___ at ___ AM/PM Dept. ___
( ) Jury Trial ( ) Court Trial ( ) Prelim Exam. on ___ at ___ AM/PM Dept. ___
( ) ___ on ___ at ___ AM/PM Dept. ___
( ) With defendant's consent Count ___ declared ( ) an infraction. ( ) a misdemeanor.
( ) On motion of People Count ___ amended to ___. ( ) a stipulated L.I.O./( ) L.R.O.
( ) On motion of DA complaint amended to ADD COUNT ___, violation of ___
( ) Defendant arraigned and enters a plea of ( ) guilty ( ) nolo to count(s) ___
( ) Any prior plea of not guilty withdrawn and defendant enters a plea of ( ) Guilty ( ) Nolo to Count(s) ___
( ) Defendant admits prior(s)/allegation(s). ( ) Remaining prior(s)/allegation(s) stricken.
COUNT(S) ___ dismissed for ( ) FOJ ( ) LOP ( ) IOE ( ) VOP ___ on motion of ( ) People ( ) Court.
( ) Defendant advised of rights on the reverse side. ( ) Initial ( ) Time for sentencing waived. ( ) Arbuckle/Harvey Waivers
( ) Record is certified to Superior Court and defendant is ordered to appear in ( ) South Bay ( ) San Diego on ___
at ___ AM/PM Dept. ___ for sentencing.

PROBATION STATUS: ( ) Defendant to report to Probation Department for ( ) Pre-Sentence Report ( ) Mini-Report ( ) Post Sentence Report
( ) Supplemental Report ( ) Record check; Recommendation. ( ) Other:___
( ) Defendant waives right to interview with Probation Department.
( ) Defendant arraigned for probation violation ( ) Admits ( ) Denies violation. ( ) Defendant waives hearing.
( ) Probation / Sentence is ( ) Revoked ( ) Reinstated ( ) Modified as indicated below under OTHER. All other terms and conditions of probation and/or sentence to remain same as previously imposed. ( ) Continued same terms and conditions. ( ) Extended ___ years. ( ) Terminated.
( ) Probation granted. See order. ( ) Probation denied. ( ) Defendant sentenced. See ( ) ORDER ( ) OTHER below.

CUSTODIAL STATUS: ( ) Bail review ( ) held ( ) off calendar ( ) waived. ( ) Defendant remanded to custody of Sheriff. Bail $___
( ) Defendant released on ( ) own recognizance ( ) on BAIL/BOND ( ) from custody ( ) on probation. ( ) Supervised O.R
( ) Defendant failed to appear. ( ) Affidavit requested. ( ) Case referred for Civil Assessment. ( )
( ) Defendant failed to appear and/or comply. ___ warrant ordered. Bail $___
( ) Direct Commit. Defendant sentenced to serve ___ days custody, 1 day suspended. Defendant to be produced within ___ hours upon arrest.
CASH BAIL/BAILBOND: ( ) Bail exonerated. ( ) Bail forfeited. ( ) Forfeiture set aside. ( ) Reinstate Bond/Bail. ( ) Fine from Bail.
( ) Bond to be reinstated & exonerated upon payment of $125.00/$185.00 exoneration fee within 30 days.

ATTORNEY FEES: ( ) It is the judgment and order of the Court that the defendant pay $___ court appointed attorney costs to the Court ( ) at the rate of $___ per month commencing ___ ( ) to be paid by ___
( ) to be added to fine. ( ) Court determines that defendant is INDIGENT.
( ) $25.00 counseling fee is ( ) to be paid to the court forthwith. ( ) added to the fine. ( ) waived.

JUL 1 3 2001

( ) OTHER: ( ) Deft. sentenced to serve ___ days custody. Execution stayed ( ) on conditions listed below. ( ) and deft. granted probation. See Order.
( ) Re-refer to ( ) FCP ( ) SB38. $25 re-referral fee due to the Court ( ) F/W ( ) by ___ A. HELAFERS balance ( ) Fee waived.
( ) Re-refer to Domestic Violence Counseling Program.

( ) Count 1: $___ fine/$___ suspended. Count 2:$___ fine/$___ suspended. Count 3:$___ fine/$___ suspended.
( ) In lieu of fine complete ___ day(s)/hour(s) of ( ) Public Service Work through the Probation Dept., call 560-3258 within 2 days to enroll.
(✓) Complete ___ day(s)/hour(s) of Volunteer Work thru ___ and submit proof of completion by ___
(✓) Fine & Civil Assessment balance of $___ to be paid ( ) at the rate of $___ per month beginning ___ ( ) in full by ___
( ) Proof of progress in Domestic Violence Program filed. Completion of ___ sessions submitted.
( ) Serve ___ days custody, ___ day(s) suspended. ( ) Credit ( ) towards fine in the amount of $___ ( ) for ___ actual days served
( ) ___ PC4019/including PC4019 Total=___ days. ( ) Time to be served ( ) concurrent ( ) consecutive with any other unexpired term.
( ) Report to custody on ___ at ___ am/pm to ( ) East Mesa ( ) San Diego ( ) Las Colinas ( ) A.I. recommended.
( ) Suspension is for ___ year(s) on condition defendant violate no same or similar laws.

( ) Report to the Substance Abuse Assessment Unit (SAAU) ( ) Forthwith ( ) by ___
( ) Recall warrant. ( ) $___ of Civil Assessment is set aside. ( ) Abstract to issue forthwith.
( ) Driver's license is restricted as stated on Petition For Restricted License per VC13202.5.

Probation has expired

I certify the foregoing is a true copy of any judgment rendered on the above date by the above named Judge. BY ___, Deputy Clerk
NOTE CAREFULLY: O/R RELEASE TERMS, CONDITIONS AND CONSEQUENCES
If you have been released on your own recognizance without bail and you sign this form, you do agree to appear at all the times and the places as ordered by the court. Further, you do agree to comply with each and all terms and conditions of this release without bail. You do agree not to leave the State of California. You understand and acknowledge that the court may revoke this order of release and return you to custody or require that you give bail or other assurance of your personal appearance in court. A willful failure to appear in a felony case is a separate felony offense punishable by a fine of $10,000 or imprisonment for three years, or both the fine and the custody. A willful failure to appear in a misdemeanor case is a separate misdemeanor offense punishable by a fine of $1,000 or six months custody in the County Jail, or both the fine and the custody.

ATTORNEY/DEFENDANT NOT IN BAIL OFFICE

Defendant's Signature        Home Address        City, State, Zip Code

Driver's License No. and State      Social Security Number      Telephone Number

DISTRIBUTION: Jail Prob Deft Arr Agency Wk Furl D-281 Wk Proj O-391 DA Atty Interp PCC D307 SAAU
SB-11 (08/99)        DOCKET

SOUTH BAY JUDICIAL DISTRICT

| | | |
|---|---|---|
| ( ) Borunda | ( ) Rodriguez | |
| ( ) Finlay | ( ) Edwards | |
| ( ) Cazares | ( ) Quinn | |
| ( ) Scott | | |
| ( ) Cannon | Commissioner: | |
| ( ) Vargas | ( ) O'Connor | |
| ( ) Hendrix | ( ) Riley | |

PEOPLE OF THE STATE OF CALIFORNIA
vs   Plaintiff,
LUERA   MANUE
Defendant.

Case No.: ~~6136679~~
Date: 10-0~~6~~5-00
Booking No.: 99121781
DOB:

CUST 1507  *Cannon*

CHARGES   PC69

D. WITTMAN (10)

Defendant appears ( ) by (X) with ( ) without (X) counseled by: Atty. _____ M MABILE _____ ( ) Personal presence waived
DDA _Muro_ X   Interpreter _#392/250_ is qualified under either Gov. Code Sec. 68566; 68561(c) or 68561(d).
( ) Defendant appearing for hearing re: _OVH_ _____ CSR _____
( ) Trial readiness ( ) trial ( ) prelim ( ) settlement conference ( ) hearing of _____ ( ) confirmed ( ) vacated
( ) Defendant advised of rights on the reverse side. ( ) Initial
( ) Case assigned to Judge _____ for all purposes. ( ) Reciprocal discovery ordered.
( ) Defendant requests appointment of counsel ( ) denied ( ) granted ( ) Public Defender 498-2001 ( ) Alternate Public Defenders 498-2085 ( ) Private Conflicts Counsel 702-6199 appointed for all future proceedings. ( ) Referred to Near-Indigent Panel. ( ) To retain counsel. ( ) To proceed in pro per.
( ) Proof of Booking/Fingerprinting ( ) is not necessary based on stipulation by the parties ( ) provided ( ) due by _____
    On motion of ( ) People ( ) Defense ( ) Court ( ) Opposed ( ) Unopposed ( ) People ( ) Defense
( ) Defendant arraigned ( ) on amended complaint ( ) and enters plea of Not Guilty. ( ) Waives jury trial. ( ) Time waived. Matter is set for:
( ) Bail Review on _____ at _____ AM/PM Dept. _____. ( ) Bail unit report requested.
( ) Felony readiness ( ) Settlement conference on _____ at _____ AM/PM Dept. _____
( ) Jury Trial ( ) Court Trial ( ) Prelim Exam. on _____ at _____ AM/PM Dept. _____
( ) _____ on _____ at _____ AM/PM Dept. _____
( ) With defendant's consent Count _____ declared ( ) an infraction. ( ) a misdemeanor.
( ) On motion of People Count _____ amended to _____. ( ) a stipulated L.I.O./( ) L.R.O.
( ) On motion of DA complaint amended to ADD COUNT _____, violation of _____
( ) Defendant arraigned and enters a plea of ( ) guilty ( ) nolo to count(s) _____
( ) Any prior plea of not guilty withdrawn and defendant enters a plea of ( ) Guilty ( ) Nolo to Count(s) _____
( ) Defendant admits prior(s)/allegation(s). ( ) Remaining prior(s)/allegation(s) stricken.
COUNT(S) _____ dismissed for ( ) FOJ ( ) LOP ( ) IOE ( ) VOP _____ on motion of ( ) People ( ) Court.
( ) Defendant advised of rights on the reverse side. ( ) Initial ( ) Time for sentencing waived. ( ) Arbuckle/Harvey Waivers
( ) Record is certified to Superior Court and defendant is ordered to appear in ( ) South Bay ( ) San Diego on _____
    at _____ AM/PM Dept. _____ for sentencing.

PROBATION STATUS: ( ) Defendant to report to Probation Department for ( ) Pre-Sentence Report ( ) Mini-Report ( ) Post Sentence Report
( ) Supplemental Report ( ) Record check; Recommendation. ( ) Other: _____
(X) Defendant waives right to interview with Probation Department.
(X) Defendant arraigned for probation violation (X) Admits ( ) Denies violation. (X) Defendant waives hearing.
(X) Probation is ( ) Revoked (X) Reinstated (X) Modified as indicated below under OTHER. All other terms and conditions of probation to remain same as previously imposed. ( ) Continued same terms and conditions. ( ) Extended _____ years./( ) Terminated.
( ) Probation granted. See order. ( ) Probation denied. ( ) Defendant sentenced. See ( ) ORDER (X) OTHER below.

CUSTODIAL STATUS: ( ) Bail review ( ) held ( ) off calendar ( ) waived. ( ) Defendant remanded to custody of Sheriff. Bail $ _____
(X) Defendant released on ( ) own recognizance ( ) on BAIL/BOND ( ) from custody (X) on probation. ( ) Supervised O.R.
( ) Defendant failed to appear. ( ) Affidavit requested. ( ) Case referred for Civil Assessment.
( ) Defendant failed to appear and/or comply. _____ warrant ordered. Bail $ _____
( ) Direct Commit. Defendant sentenced to serve _____ days custody, 1 day suspended. Defendant to be produced within _____ hours upon arrest.

ATTORNEY FEES: ( ) It is the judgment and order of the Court that the defendant pay $ _____ court appointed attorney costs to the Department of Revenue and Recovery (See 987.8(f) notice on reverse side.) at the rate of $ _____ per month commencing _____.
( ) To be determined by Revenue & Recovery. ( ) Court determines that defendant is INDIGENT.
( ) $25.00 counseling fee is ( ) to be paid to the court forthwith. ( ) added to the fine. ( ) waived.

(X) OTHER: ( ) Deft. sentenced to serve _____ days custody. Execution stayed ( ) on conditions listed below. ( ) and deft. granted probation. See Order.
(X) Re-refer to ( ) FCP ( ) SB38. $25 re-referral fee due to the Court ( ) F/W ( ) by _____ ( ) Add to fine balance ( ) Fee waived.
( ) Re-refer to Domestic Violence Counseling Program.   (858) 505-6443
(X) In lieu of fine complete _15_ day(s)/hour(s) of (X) Public Service Work through the Probation Dept., call ~~560-3258~~ within 2 days to enroll.
( ) Complete _____ day(s)/hours(s) of Volunteer Work thru _____ and submit proof of completion by _____.
(X) Fine balance of $ _642_ to be paid (X) at the rate of $ _700_ per month beginning _____ ( ) in full by _____.
( ) $154.00 Booking Fee pursuant to Government code 29550.1 & 29550.2). Payable by _____. ( ) included in fine.
( ) Proof of progress in Domestic Violence Program filed. Completion of _____ sessions submitted.  6 days w/ for S116586
( ) Serve _____ days custody, _____ day(s) suspended. ( ) Credit ( ) towards fine in the amount of $ _____ for _____ actual days served
( ) _____ PC4019/including PC4019 Total = _____ days. ( ) Time to be served ( ) concurrent ( ) consecutive with any other unexpired term.
( ) A.I. recommended. ( ) Recall warrant. ( ) $ _____ of Civil Assessment is set aside. ( ) Abstract to issue forthwith.
( ) Suspension is for _____ year(s) on condition defendant violate no same or similar laws.

DEFT ADMONISHED THIS WILL BE LAST RE-REFERRAL. AUTHORIZED TO DO 10AM PWS PER WEEK (CONSECUTIVE W/ S116586).

I certify the foregoing is a true copy of any judgment rendered on the above date by the above named Judge. BY __M. Bennett__, Deputy Clerk
NOTE CAREFULLY: O/R RELEASE TERMS, CONDITIONS AND CONSEQUENCES

If you have been released on your own recognizance without bail and you sign this form, you do agree to appear at all the times and the places as ordered by the court. Further, you do agree to comply with each and all of the conditions of this release without bail. You understand and acknowledge that the State of California may revoke this order of release and return you to custody or require that you give bail or other assurance of your personal appearance in court. A willful failure to appear in a felony case is a separate felony offense punishable by a fine of $10,000 or imprisonment for three years, or both the fine and the custody. A willful failure to appear in a misdemeanor case is a separate misdemeanor offense punishable by a fine of $1,000 or six months custody in the County Jail, or both the fine and the custody.

_____         _____         _____
Defendant's Signature                          Home Address                               City, State, Zip Code

_____         _____         _____
Driver's License No. and State                 Social Security Number                      Telephone Number

DISTRIBUTION:   Jail   Prob   ___   Arr Agency   Wk Furl D-281   Wk Pgm D-291   DA   Atty   Interp   R&R   PCC D307   SAAU
B-11 (1/98)                                                         DOCKET