ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 05 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

VS.

CV.No.07-00234 DAE-KSC
CR.No.05-00104 DAE

MANUEL OMAR LUERA,

    Defendant/Petitioner.

## MEMORANDUM OF UNDERSTANDING

    Comes now Manuel Omar Luera, Pro Se as his own attorney on behalf of himself and states the following:

    On August 24,2007, he received this honorable court's order dated August 21,2007, granting Defendant's Motion to Amend. However, due to defendant's lack of understanding in these types of matters he is having a hard time with the interpretation as to the matter of the reply, in the following manner.

    In this honorable court's order dated June 7,2007, defendant was advised that his reply, if any. was due on or before August 27,2007, but then in the order dated August 21,2007, defendant is advised that he can submit his reply to both the government's opposition and its supplemental brief, by October 1,2007.

    Now defendant does not know if this honorable court meant that defendant could reply to both the government's Memorandum

In Opposition To Defendant's Motion File Under 28 USC § 2255, that was file by the government on June 11,2007, and the supplemental opposition, that the government is due to file by September 17,2007.

If this is not the case then defendant will asks this honorable court if he could consolidate his reply that is due on or before August 27,2007, with the reply that is due on or before October 1,2007.

If the honorable court declines to consolidate the reply due on or before August 27,2007, with the reply due on or before October 1,2007. Then defendant will asks this honorable court for an extension of 30 days for the reply that is due on or before August 27,2007.

This request is made for the following reasons:

One is that defendant does not know if this honorable court extended the date of the reply that is due on or before August 27,2007, untill October 1,2007, to be submitted with the reply due on or before October 1,2007.

The second reason is that defendant has not yet received all of the evidence that he will need in order to support one of his claims in his 28 USC § 2255 motion.

Respectfully Submitted,

*Manuel Omar Luera*
Manuel Omar Luera
Reg 91889-022
P.O. Box 3007
Terminal Island, Ca 90731

2.

CERTIFICATE OF SERVICE

I Manuel Omar Luera, hereby certify that a ture and correct copy of this Memorandum of Understanding has been mailed postage prepaid on this 24 day of August, 2007, to the following:

Edward H. Kubo, Jr.
United States Attorney
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Manuel Omar Luera