IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MANUEL OMAR LUERA, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

ORDER REGARDING DEFENDANT'S
MOTION FOR LEAVE TO AMEND

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On September 5, 2007, Defendant, pro se, filed a Memorandum of Understanding stating that he was uncertain whether he was required to file one or two reply briefs and the due dates of those briefs. As stated in the Order Granting Defendant's Motion for Leave to Amend, Defendant may file one reply brief. That one reply brief is due on October 1, 2007. In that reply brief, Defendant may address both the government's opposition to his § 2255

Motion, which has already been filed, and the Government's supplemental brief, which is due on September 17, 2007.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, September 6, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States of America vs. Manuel Omar Luera</u>, Cv. No. 07-00234 DAE-KSC, Cr. No. 05-00104 DAE; ORDER REGARDING DEFENDANT'S MOTION FOR LEAVE TO AMEND