EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SECOND |
| | ) | SUPPLEMENTAL MEMORANDUM |
| vs. | ) | IN OPPOSITION TO |
| | ) | DEFENDANT MANUEL OMAR LUERA'S |
| MANUEL OMAR LUERA, | ) | MOTION PURSUANT TO 28 U.S.C. |
| | ) | § 2255 TO VACATE CONVICTION; |
| Defendant. | ) | EXHIBIT A; CERTIFICATE |
| | ) | OF SERVICE |

GOVERNMENT'S SECOND SUPPLEMENTAL MEMORANDUM IN OPPOSITION
TO DEFENDANT MANUEL OMAR LUERA'S MOTION
<u>PURSUANT TO 28 U.S.C. § 2255 TO VACATE CONVICTION</u>

The United States of America ("United States") herein files a second supplemental memorandum in response to the Defendant Manuel Omar Luera's ("Luera") opposition with respect to his claim that his attorney was ineffective in representing him because he failed to object to Luera's criminal history.

Luera claims that he should have been in Criminal History Category I because he was not represented by counsel in connection with his petty theft conviction. He argues that this fact is true because of the probation officer's statement in the Presentence Report ("PSR") that the "reports regarding the incident have not been requested and not yet received." (See page 3 of Luera filing) Luera cites case law for the proposition that if a defendant was not represented, the conviction does not count for criminal history purposes.

Attached hereto as Exhibit "A" is a true and correct copy of the Conviction Order and Judgment, a court record for the Municipal Court of California, County of San Diego, for Case S116586, Luera's petty theft conviction. As set forth in that document at page 2, Luera was counseled by an attorney and his request for appointment of counsel was granted. On page 4 of said document, his attorney signed the statement that he had fully discussed Luera's constitutional rights, the waivers and possible consequences of the plea, as well as possible defenses.[1]

Accordingly, **contrary** to his assertions, Luera was represented by counsel at the time he entered his plea and

---

[1] The government has requested a certified copy of this document which had not yet been received as of the time of this filing. However, the government represents that this document was obtained from the clerk of the court of Municipal Court of California, County of San Diego for Luera's case, and a request for a certified copy has already been made.

2

counsel fully advised him of his rights prior to entry of that plea.  Luera's attempt to misrepresent this fact because of statements in the PSR that the documents had not yet been received underscores that his petition is frivolous.  Counsel was not ineffective in representing Luera for failing to object to the criminal history because there was no basis for his claim that his criminal history was wrongly calculated or was overrepresented.

      WHEREFORE, the government requests that Luera's petition be denied in its entirety.

      DATED: October 22, 2007, at Honolulu, Hawaii.

      EDWARD H. KUBO, JR.
      United States Attorney
      District of Hawaii

      By  /s/ Beverly Wee Sameshima
        BEVERLY WEE SAMESHIMA
        Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

    Randall Oyama, Esq.     randyoyama@gmail.com    10/22/07

<u>Served by First Class Mail</u>:

    Michael Green, Esq.                                10/22/07
    345 Queen Street, 2nd Floor
    Honolulu, HI   96813

    Manuel Omar Luera                                  10/22/07
    Immate No. 91889-022
    Federal Correctional Institution
    P.O. Box 3007
    Terminal Island, CA   90731

      DATED: October 22, 2007, at Honolulu, Hawaii.


                                                          /s/ Shelli Ann H. Mizukami