# MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## SOUTH BAY JUDICIAL DISTRIC

People of the State of California )
Plaintiff. )

*Luera, Manuel O* vs.

Defendant. )

Case Number: **S116586**

Date: **7-23-98**

Booking #:

Judge:
( ) Borunda
( ) Finley
( ) Cazares
(✓) Scott
( ) Cannon
( ) Vargas
( ) Hendrix

( ) Rodriguez
( ) Edwards
( ) Quinn

Commissioner:
( ) O'Connor
( ) Riley

(✓) NOLO PLEA

## PROBATION ORDER

The above named defendant having been convicted of a misdemeanor violation of § **PC 484-488** IT IS HEREBY ORDERED that ( ) defendant is sentenced to serve _____ days custody of the Sheriff, imposition/execution of sentence is suspended and the defendant is granted summary probation (conditional sentence) for a period of **3** year(s). The defendant is ordered to be law abiding in all respects and to have no same or similar offenses. Conditions of probation are as follows:

1.  **CUSTODY:** (✓) Serve _____ days in County Jail. ( ) _____ days suspended on conditions below. (✓) Book and Release.
    Credit for: _____ days served including PC4019 Credits. ( ) _____ ( ) Adult Institutions ( ) Camp Barrett ( ) Camp Westfork recommended.
    ( ) Report to custody on _____ at ____:____ am/pm to ( ) SBMC Dept. _____ ( ) East Mesa ( ) San Diego ( ) Las Colinas
    ( ) Short Term Work Furlough recommended. ( ) Court has no objection to Sheriff's work release. ( ) Consecutive weekends authorized.
    ( ) Custody to be served ( ) concurrent ( ) consecutive with ( ) any other unexpired term ( ).
    ( ) In lieu of fine serve _____ days custody ( ) concurrent ( ) consecutive with time listed above.

2.  **FINE:** (✓) Pay fine of $ **250** ( )includes (✓) plus $35/ _____ Administrative Fee ( )Fee waived. ( ) $ _____ of fine suspended.
    ( ) Defendant given credit towards fine for _____ actual days of custody served in the amount of $ _____
    ( ) Payable forthwith. ( ) $ _____ payable forthwith and the balance as indicated. ( ) Payable to the Court by _____
    (✓) Payable to the Court at the rate of $ **50.00** per month beginning **8-24-98** ( ) _____ days after released from custody.
    ( ) Fine to be paid from bail. ( ) Bail/Bond ordered exonerated. Pg. _____ Ln. _____
    *Or Financial evaluation ordered*

3.  **RESTITUTION:** ( ) General Order, amount to be determined. ( ) Pay restitution of $ _____ for damages arising out of this incident.
    Pay restitution to: ( ) Court ( ) Probation Dept. through Revenue and Recovery at the rate of $ _____ per month beginning _____
    to be disbursed to the: ( ) victim(s) as listed in the Probation Report/DA file ( ) Restitution Fund.
    ( ) Pay directly to the victim(s) and submit written proof to the Court by _____. ( ) Submit to civil process.

4.  **REVIEW:** ( ) Attend a review hearing on _____ at ____:____ am/pm in Dept. _____ to show proof of:
    ( ) Submit written proof of _____ to the Court by _____

5.  **VOLUNTEER WORK:** ( ) In lieu of fine (✓) in addition to fine ( ) perform _____ hours/days of volunteer work through
    _____ ( ) Submit written proof of completion to the Court by _____
    ( ) Participate in the Probation Dept. Public Service Program for **10** ( ) hours (✓) days as directed by the Probation Department. Call 560-3258
    between 8:30 a.m. and 5:00 p.m. within 2 working days to enroll. ( ) Enroll within _____ days of release from custody.

6.  **OTHER:** ( ) Commence and continue education, psychological, psychiatric, drug, alcohol or other rehabilitative program as prescribed by the probation officer and/or Court and not leave or terminate contact with any such program without the permission of the probation officer, therapist and/or Court. ( ) Attend a minimum of _____ "AA"/"NA" meetings per week for the next _____ days/months. Phone # "AA" 265-8762/"NA" 584-1007. ( ) Submit his/her person, property, place of residence, vehicle, personal effects, to search at any time, with or without a search warrant, whenever requested by the P.O. or any law enforcement officer. ( ) Not use or possess dangerous drugs or controlled substances without a valid prescription and further, defendant to submit to drug narcotic use detection tests as requested by any peace officer or probation officer. ( ) Register pursuant to HS11590. ( ) Attend and complete an AIDS education course pursuant to PC1001.10 through _____ ( ) Defendant is to be tested for HIV/AIDS antibody within one week. See attached testing info. Return for review hearing on above date. (✓) Shall not take, hold or receive property of another without consent of the owner. (✓) Do not enter the premises of *Kelm-Sons Plaza* ( ) Weapon ordered destroyed pursuant to PC12028. Notify arresting agency. ( ) Do not annoy, harass, or molest victim(s) in this matter. ( ) Have no contact whatsoever with victim(s) listed. ( ) Not drive without valid license, insurance, & current registration as required by law. ( ) Deft. notified in Court of driver's license suspension. DL310 to be signed & forwarded to DMV. ( )Deft. is ordered to enroll & successfully complete 1 yr certified Domestic Violence Prog. Enroll by _____ ( ) Attend and complete a Domestic Violence Counseling Program. ( )Submit proof as directed in #4 above.

ENTERED FCM   JUL 27 1998

**ATTORNEY FEES:** ( )Although not a condition of probation, it is the judgment and order of the Court that the defendant pay $ _____ ( )counseling fee to the Court ( )court appointed costs to the Dept. of Revenue and Recovery. To be paid ( ) at the rate of $ _____ per month commencing 30 days after fine is paid in full ( ) added to the fine ( ) in full by _____ ( ) To be determined by R&R. (Address on back) ( ) Reimbursement waived.

I certify the foregoing is a true copy of any judgment rendered on the above date by the above named judge.
**CLERK OF THE ABOVE NAMED COURT:**                    BY: *Marcia G. Long*, Deputy Clerk

I HAVE RECEIVED A COPY, READ AND UNDERSTAND THE ABOVE ORDER.

_____
Defendant's Signature

_____
Home Address

_____
City, State, Zip Code

**EXHIBIT "A"**

_____
Driver's License # and State

_____
Social Security Number

_____
Telephone Number

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
SOUTH BAY JUDICIAL DISTRICT

PEOPLE OF THE STATE OF CALIFORNIA

vs                                            Plaintiff,

LUERA          MANUEL          O

                                             Defendant,

CHARGES PC484~488

Judge:
( ) Borunda          ( ) Rodriguez
( ) Angel            ( ) Edwards
( ) Cazares          ( ) Quinn
( ) Scott
( ) Cannon           Commissioner:
( ) Vargas           ( ) O'Connor
( ) Hendrix          ( ) Riley
( )

Case No.: S116586
Date: 07-23-98
Booking No.:
DOB:          CUST    500

Defendant appears ( ) by ( ) with ( ) without ( ) counseled by: Atty. _____ ( ) Personal presence waived
DDA _____ is qualified under either Gov. Code Sec. 68566; 68561° or 68561(d).
( ) Defendant appearing for hearing re: arraignment _____ CSR _____
( ) Trial readiness ( ) trial ( ) prelim ( ) settlement conference ( ) hearing of _____ ( ) confirmed ( ) vacated
( ) Defendant advised of rights on the reverse side.
( ) Case assigned to Judge _____ for all purposes. ( ) Reciprocal discovery ordered.
( ) Defendant requests appointment of counsel ( ) denied ( ) granted ( ) Public Defender 498-2001 ( ) Alternate Public Defenders 498-2085 ( ) Private
Conflicts Counsel 702-6199 appointed for all future proceedings. ( ) Referred to Near-Indigent Panel. ( ) To retain counsel. ( ) To proceed in pro per.
( ) Proof of Booking/Fingerprinting ( ) is not necessary based on stipulation by the parties ( ) provided ( ) due by _____
On motion of ( ) People ( ) Defense ( ) Court ( ) Stipulated ( ) Unopposed ( ) People ( ) Defense
( ) Defendant arraigned ( ) on amended complaint ( ) and enters plea of Not Guilty. ( ) Waives jury trial. ( ) Time waived. Matter is set for:
( ) Bail Review on _____ at _____ AM/PM Dept. _____ at _____ ( ) Bail unit report requested.
( ) Felony readiness ( ) Settlement conference on _____ at _____ AM/PM Dept. _____
( ) Jury Trial ( ) Court Trial ( ) Prelim Exam. on _____ at _____ AM/PM Dept. _____
( ) _____ on _____ at _____ AM/PM Dept. _____
( ) With defendant's consent Count _____ declared ( ) an infraction. ( ) a misdemeanor.
( ) On motion of People Count _____ amended to _____ ( ) a stipulated L.I.O./ ( ) L.R.O.
( ) On motion of DA complaint amended to ADD COUNT _____, violation of _____
( ) Defendant arraigned and enters a plea of ( ) guilty ( ) nolo to count(s) _____
( ) Any prior plea of not guilty withdrawn and defendant enters a plea of ( ) Guilty ( ) Nolo to Count(s) _____
( ) Defendant admits prior(s)/allegation(s). ( ) Remaining prior(s)/allegation(s) stricken.
COUNT(S) _____ dismissed for ( ) FOJ ( ) LOP ( ) IOE ( ) VOP _____ on motion of ( ) People ( ) Court.
( ) Defendant advised of rights on the reverse side. ( ) Time for sentencing waived. ( ) Arbuckle/Harvey Waivers
( ) Record is certified to Superior Court and defendant is ordered to appear in ( ) South Bay ( ) San Diego on
at _____ AM/PM Dept. _____ for sentencing.

PROBATION STATUS: ( ) Defendant to report to Probation Department for ( ) Pre-Sentence Report ( ) Mini-Report ( ) Post Sentence Report
( ) Supplemental Report ( ) Record check; Recommendation. ( ) Other: _____
( ) Defendant arraigned for probation violation ( ) Admits ( ) Denies violation. ( ) Defendant waives hearing.
( ) Probation is ( ) Revoked ( ) Reinstated ( ) Modified as indicated below under OTHER. All other terms and conditions of probation to remain
same as previously imposed. ( ) Continued same terms and conditions. ( ) Extended _____ years. ( ) Terminated.
( ) Probation granted. See order. ( ) Probation denied. ( ) Defendant sentenced. See ( ) ORDER ( ) OTHER below.

DIVERSION: ( ) denied ( ) granted ( ) reinstated ( ) vacated, Criminal Proceedings Reinstated. Vacate any future hearings.
( ) Deft. personally waives time for trial and all proceedings. Criminal Proceedings are suspended pursuant to PC1000 for a period of ( )6 ( )12 ( )24 months.
( ) Count(s) _____ held in abeyance pending completion of diversion. ( )$150.00 Admin. Fee is due on _____ ( ) waived.
( ) Submit written proof of enrollment to the Court by _____

CUSTODIAL STATUS: ( ) Bail review ( ) held ( ) off calendar ( ) waived. ( ) Defendant remanded to custody of Sheriff. Bail $_____
( ) Defendant released on ( ) own recognizance ( ) on BAIL/BOND ( ) from custody ( ) on probation.
( ) Defendant failed to appear. ( ) Affidavit requested. ( ) Case referred for Civil Assessment.
( ) Defendant failed to appear and/or comply. _____ warrant ordered. Bail $_____
( ) Direct Commit. Defendant sentenced to serve _____ days custody, 1 day suspended. Defendant to be produced within _____ hours upon arrest.
CASH BAIL/BAIL BOND: Page/Line _____ ( ) Bail exonerated. ( ) Bail forfeited. ( ) Forfeiture set aside. ( ) Reinstate Bond/Bail.
( ) Fine from Bail. ( ) Bond to be reinstated & exonerated upon payment of $50.00/$100.00 exoneration fee within 30 days.

ATTORNEY FEES: ( ) It is the judgment and order of the Court that the defendant pay $_____ court appointed attorney costs to the
Department of Revenue and Recovery (See 987.8(f) notice on reverse side.) at the rate of $_____ per month commencing _____
( ) To be determined by Revenue & Recovery. ( ) Court determines that defendant is INDIGENT.
( ) $25.00 counseling fee is ( ) to be paid to the court forthwith. ( ) added to the fine. ( ) waived.

( ) OTHER: ( ) Deft. sentenced to serve _____ days custody. Execution stayed ( ) on conditions listed below. ( ) and deft. granted probation. See Order.
( ) Re-refer to ( ) FCP ( ) SB38. $25 re-referral fee due to the Court ( ) F/W ( ) by _____ ( ) Add to fine balance ( ) Waived.
( ) In lieu of fine complete _____ day(s)/hour(s) of ( ) Public Service Work through the Probation Dept., call 560-3258 within 2 days to enroll.
( ) Complete _____ day(s)/hour(s) of Volunteer Work thru _____ and submit proof of completion by _____
( ) Fine balance of $_____ to be paid ( ) at the rate of $_____ per month beginning _____ ( ) in full by _____
( ) Proof of progress in Domestic Violence Program filed. Completion of _____ sessions submitted.
( ) Serve _____ days custody, _____ day(s) suspended. ( ) Credit _____ towards fine in the amount of $_____ ( ) for _____ actual days served
( ) _____ PC4019/including PC4019 Total = _____ days. ( ) Time to be served ( ) concurrent ( ) consecutive with any other unexpired term.
( ) A.I. recommended. ( ) Recall warrant. ( ) $_____ of Civil Assessment is set aside. ( ) Abstract to issue forthwith.
( ) Suspension is for _____ year(s) on condition defendant violate no same or similar laws.

I certify the foregoing is a true copy of any judgment rendered on the above date by the above named Judge. BY _____, Deputy Clerk
NOTE CAREFULLY: O/R RELEASE TERMS, CONDITIONS AND CONSEQUENCES
have been released on your own recognizance without bail and you sign this form, you do agree to appear at all the times and the places as ordered by the court. Further, you do agree to comply
with all terms and conditions of this release whereof bail. You do agree not to leave the State of California. You understand and acknowledge that the court may revoke this order of release and
you to custody or require that you give bail or other assurance of your personal appearance in court. A wilful failure to appear in a felony case is a separate felony offense punishable by a fine of
or imprisonment for three years, or both the fine and the custody. A wilful failure to appear in a misdemeanor case is a separate misdemeanor offense punishable by a fine of $1,000 or six months
in the County Jail, or both the fine and the custody.

Defendant's Signature _____     Home Address _____     City, State, Zip Code _____

Driver's License No. and State _____     Social Security Number _____     Telephone Number _____

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN ... 
SO... BAY JUDICIAL DISTRICT

People vs. _Manuel Every_ ___ Case No. ____

## PLEA OF GUILTY/NO CONTEST
### MISDEMEANOR

## CHARGES

1. Of the charges filed against me in this case, I wish to plead Guilty/No Contest to the following: _CF/: PC 484/488_

   (If applicable) - I am also charged with, and wish to admit, the following separate convictions:

   1) Case# _____ Court _____ Date of Conviction _____
   2) Case# _____ Court _____ Date of Conviction _____

2. I have not been induced to enter this plea by any promise or representation of any kind, except: (Describe plea bargain.) _sentence to court_

## RIGHT TO A LAWYER

3. I understand that I have the right to be represented by a lawyer at all stages of the proceedings, including this one. I can hire my own lawyer, or the Court will appoint a lawyer for me if the Court determines I cannot afford one.

## CONSTITUTIONAL RIGHTS

I understand that I also have the following constitutional rights which I now give up to plead Guilty/No Contest:

| | I understand this right. | I give up this right. |
|---|---|---|
| 4. Right to a speedy, public trial by jury. | | |
| 5. Right to remain silent and not incriminate myself. | | |
| 6. Right to present evidence and to have the Court subpoena witnesses for me at no cost. | | |
| 7. Right to confront and question the witnesses against me. | | |

## CONSEQUENCES OF PLEA: I understand each of the following:

8. I may serve this maximum sentence as a result of my plea: _6 mos or 1000_

8a. This conviction may be used to enhance penalties on any later conviction.

9. If I am not a citizen of the United States, a plea of Guilty or No Contest could result in deportation, exclusion from admission to this country, or denial of naturalization.

10. My plea of Guilty/No Contest in this case could result in revocation of my probation or parole in other cases.

11. My plea of No Contest is the same as a plea of Guilty for purposes of sentencing and my record.

12. I am now sober. I have not consumed any drug, narcotic or alcoholic beverage in the past 24 hours to the extent that my sound judgment is impaired.

13. I am pleading Guilty/No Contest freely and voluntarily without threat or fear to me or anyone closely related to me.

14. I agree that the sentencing judge may consider the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations when granting probation, ordering restitution or imposing sentence.

SB 377-D (3/90)

S116586

ople v. _MANUEL OMAR LUCIA_

## INITIAL ONLY THE APPLICABLE BOXES BELOW:

5. **WAIVER OF LAWYER (If You Have No Lawyer):** I am entering my plea of Guilty/No Contest without a lawyer. I give up my right to a lawyer and understand that by this waiver I may be giving up a special defense that a lawyer might use to help me.

5. **SEPARATE CONVICTIONS (Rights):** I understand that I have all constitutional rights listed in #3 - #7, including the right to a lawyer and a trial by jury on the issue of whether or not I have suffered a separate conviction as listed in #1a above. I also understand that if I request a jury trial on the current offense(s), the jury would not learn of my separate conviction(s) unless and until the jury found me guilty on the current charge(s).

6a. **SEPARATE CONVICTIONS (Waivers):** I admit the separate conviction(s) listed in this form, and hereby give up my constitutional rights, including the right to a separate jury trial on the issue of the separate conviction(s).

**BASIS FOR PLEA**

17. I now plead Guilty/No Contest to the charge(s) described in #1 above, and admit/ do not contest that on the date charged, I: (Describe facts as to each charge in #1) _____

_____

_____

I declare under penalty of perjury, under the laws of the State of California, that I have read, understood and initialed each applicable item above and everything on the form is true and correct.

Dated: _____ Defendant's Signature _____

Address: _____ Phone # _____

70PW

## ATTORNEY'S STATEMENT

As attorney of record for the defendant I certify as follows: The defendant has read, initialed and signed this form after a full discussion of all matters herein, including his/her constitutional rights, the effect of all waivers, and the possible consequences of the plea. I have also advised the defendant of the elements of the offense(s) in this case and of the possible defenses thereto. I concur in the defendant's waivers and plea, believing them to be knowing, intelligent and voluntary in all respects.

Dated: _7-23-78_ _____ Attorney for Defendant

## INTERPRETER'S STATEMENT

I, _____, having been duly sworn, truly translated this form and all questions therein to the defendant in the _____ language. The defendant indicated that (s)he understood the contents of the form and (s)he then initialed and signed the form.

Dated: _____ Court Interpreter

## PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff, concur in the defendant's plea as set forth above.

Dated: _____ Deputy District Attorney

## COURT FINDINGS AND ORDER

The Court, having questioned the defendant (or the defendant's attorney if defendant is absent), finds that defendant's plea, waivers, and admissions if any, are entered knowingly, voluntarily and intelligently, with an understanding of constitutional rights, the nature of the charges, and the possible consequences of the plea. The Court finds a factual basis of the charges, and incorporates this Plea/Form into the docket by reference.