EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00234 DAE-KSC |
| | ) | CR. NO. 05-00104 DAE |
| Plaintiff, | ) | |
| | ) | DECLARATION OF BEVERLY WEE |
| vs. | ) | SAMESHIMA IN SUPPORT OF SECOND |
| | ) | SUPPLEMENTAL MEMORANDUM; |
| MANUEL OMAR LUERA, | ) | EXHIBIT A; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |

DECLARATION OF BEVERLY WEE SAMESHIMA
IN SUPPORT OF SECOND SUPPLEMENTAL MEMORANDUM

I, BEVERLY WEE SAMESHIMA, upon penalty of perjury, declares and states as follows:

1.  I am an Assistant U.S. Attorney in the District of Hawaii and counsel of record representing the United States in the above-entitled case.

2.  On October 22, 2007, the government filed a Second Supplemental Memorandum in Opposition to Defendant Manuel Omar

Luera's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. The government attached copies of the sentence and guilty plea documents relating to Luera's petty theft conviction in San Diego Superior Court. At the time of that filing, the government had not yet received certified copies of those documents.

       3.    Attached hereto as Exhibit "A" are certified copies of those documents.

       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RELIEF.

       DATED:  October 30, 2007, at Honolulu, Hawaii.

                            /s/ Beverly Wee Sameshima
                            BEVERLY WEE SAMESHIMA

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    Manuel Omar Luera
    Immate No. 91889-022
    P.O. Box 3007
    Terminal Island, CA   90731

    PRO SE

    Michael Green, Esq.
    345 Queen Street, 2nd Floor
    Honolulu, HI   96813

    DATED: October 30, 2007, at Honolulu, Hawaii.

                                      /s/ Dawn M. Aihara