# MINUTES

CASE NUMBER:       CR 05-00104DAE

CASE NAME:         USA v. Manuel Omar Luera

ATTYS FOR PLA:     Beverly Wee Sameshima

ATTYS FOR DEFT:    Manuel Omar Luera, Pro Se

INTERPRETER:

JUDGE:   David Alan Ezra         REPORTER:   Cynthia Fazio

DATE:    11/01/2007              TIME:       9:00am-10:00am

COURT ACTION:  EP:  [51] MOTION to Vacate under 28 U.S.C. 2255 : by Manuel Omar Luera.

Defendant participating via video conferencing.

Oral arguments heard.

Government's Witness: Michael Green.

[51] MOTION to Vacate under 28 U.S.C. 2255 : by Manuel Omar Luera- TAKEN UNDER ADVISEMENT

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager