*mailed 2 copys.*

*cr. due*

MANUEL OMAR LUERA
Reg. No. 91889-022
Federal Correctional Institution
P. O. Box 3007
Terminal Island, CA 90731

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2007

at 4 o'clock and 05 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | CV. NO. 07-00234 DAE-KSC |
| ) | CR. NO. 05-00104 DAE |
| v. ) | |
| ) | REQUEST FOR FURNISHMENT OF |
| MANUEL OMAR LUERA, ) | REPORTERS TRANSCRIPT OF |
| ) | HEARING; REQUEST FOR EXTENSION |
| Defendant. ) | OF TIME WITHIN WHICH TO |
| ) | FILE BRIEF |

MANUEL OMAR LUERA, the defendant herein, requests a copy of the reporter's transcript of the evidentiary hearing held on November 1, 2007. He is without counsel and has no record of the proceedings held on the said date and wishes to brief the matter so to aid the Court and the parties in a conclusion to the issues.

The defendant also requests an extension of time within which to file the said brief until fifteen days after his receipt of the requested transcript or other order of the Court.

Respectfully submitted,

DATED: November 6, 2007.

Manuel Omar Luera

CERTIFICATE OF SERVICE

The undersigned, Manuel Omar Luera, hereby certifies that he has this day forwarded, through postage prepaid United States mail, a copy of the attached requests for records and time to the following:

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Noavember 6, 2007.

Manuel Omar Luera