Manuel Omar Luera #91885-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island, CA 90731

LONG BEACH CA 908
07 NOV 2007 PM 5 L

United States District Court
Dist. of Hawaii
300 ALA MOANA BLVD, C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 09 2007
DISTRICT OF HAWAII

CV 07-234 DAE-KSC
CR 05-104 DAE