IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>     Plaintiff/Petitioner,   )<br>                              )<br>vs.                           )<br>                              )<br>MANUEL OMAR LUERA,            )<br>                              )<br>     Defendant/Respondent.    )<br>_____ ) | CV. NO. 07-00234 DAE-KSC<br>CR. NO. 05-00104 DAE |

ORDER GRANTING DEFENDANT/RESPONDENT'S
REQUEST FOR FURNISHMENT OF REPORTER'S TRANSCRIPT
OF HEARING AND REQUEST FOR EXTENSION OF
<u>TIME WITHIN WHICH TO FILE BRIEF</u>

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On November 5, 2007, after a hearing, this Court denied Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. On November 9, 2007, Defendant, pro se, stated that he wishes to brief the matter to aid the Court in a conclusion of the issue and requested a copy of the transcript of the hearing on his section 2255 Motion. This Court construes Defendant's statement as a request for the hearing transcript so that he may file a request for a certificate of appealability. Defendant also requests that he

be given 15 days after the receipt of the requested transcript to file his request for a certificate of appealability.

After reviewing Defendant/Respondent's Request for Furnishment of Reporters Transcript and Request for Extension of Time Within Which to File Brief and the supporting memoranda, the Court GRANTS Defendant/Respondent's requests.  This Court hereby orders the court reporter to prepare a transcript of the hearing held on November 1, 2007, and forward a copy to Defendant/Respondent.  Defendant/Respondent shall have 15 days after his receipt of the transcript to submit his request for certificate of appealability.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 14, 2007.



_____
David Alan Ezra
United States District Judge

United States of America vs. Manuel Omar Luera, Civil No. 07-00234 DAE-KSC, Cr. No. 05-00104 DAE; ORDER GRANTING DEFENDANT/RESPONDENT'S REQUEST FOR FURNISHMENT OF REPORTERS TRANSCRIPT OF HEARING AND REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE BRIEF