UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,
     Pliantiff,

Vs.          CV. NO. 07-00234 DAE-KSC
           CR. NO. 05-00104 DAE

MANUEL OMAR LUERA,
     Defendant.

MOTION REQUESTING RECONSIDERATION

  Comes now Manuel Omar Luera, Pro Se and asks this court to reconsider defendant's motion file under 28 USC § 2255. This motion is made for the following reasons.

  Mr. Luera feels that this court did not consider or address all issues that he raised in his 28 USC § 2255 motion. Due to Mr. Luera's limited knowledge in the law or these types of proceedings, this court may have not fully understood every issue that Mr. Luera was trying to present to this court. Mr. Luera feels this was due to him not using "great clarity" in his motion filed under 28 USC § 2255 on May 7, 2007.

  However, on page 5 the first ground that Mr. Luera raises is ineffective assistance of counsel. That his attorney failed to provide effective assistance through out some of the proceedings. Which were prior to sentencing and at sentencing.

  In Mr. Luera's reply to the Government's Memorandum In Opposition To Mr. Luera's Motion Pursuant to 28 USC § 2255, on page 5 Mr. Luera explains to this court that Mr. Green was ineffective for not asking this court for a downward departure

1.

for his post offense rehabilitation. Then at the hearing held on November 1.2007, Mr. Luera state that Mr Green did not ask for a downward departure for his post offense rehabilitation. It is clear from the record what Mr. Luera was trying to say, that Mr. Green was ineffective for not asking for a downward departure at sentencing for his post offense rehabilitation efforts or to consider this under 3553. Mr Luera also stated at the hearing held on November 1,2007, that Mr. Green should have argued for the downward departure he was promised by the government for his subtantial assistance that he provided the government. By not arguing for this downward departure that Mr. Luera was promised by the goverment, Mr. Green did not provide effective assistance at sentencing to Mr. Luera.

    Mr. Luera demononstrated that he wanted an appeal file in his behalf through his girlfriend Ms. Kawakami, who infromed Mr.Green by calling him. Mr Luera believes that when an attorney has been notified by his client or the client's family that he would like to have an appeal file, the attorney should make himself available within the time to file an appeal. If an attorney feels that there are no issue that can be won on appeal he still requried to file an Andrews Brief at the very least after being notified.

Dated November 19, 2007.

Respectfully Submitted

Manuel Omra Luera

CERTIFICATE OF SERVICE

The undersigned, Manuel Omra Luera, hereby certifies that he has this day forwarded, through postage prepaid United States Mail, a copy of the attached Motion Requseting Reconsideration to the following:

        Beverly Wee Sameshima
        Assistant U.S. Attorney
        Room 6-100 PJKK Federal Bldg.
        300 Ala Moana Blvd.
        Honolulu, Hawaii 96850

Dated this 19, 2007.

                                            Manuel Omra Luera



Manuel Omra Luera
Reg#91889-022
Federal Correctional Institition
P.O. Box 3007
Terminal Island, Ca 90731

U.S. District Court
Dist. Of Hawaii
300 Ala Moana Blvd. C-0338
Honolulu, Hawaii 96850-0338